# EXHIBIT J

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **1[pre]** An optical system, comprising: | Without conceding that the preamble of Claim 1 is limiting, Apple Inc. ("Apple") has made, used, offered to sell, sold in the United States, and/or have imported into the United States, and/or, continue to make, use, offer to sell, and sell within the United States, and/or import into the United States, Accused Apparatus for measuring one or more physiological parameters, either literally or under the doctrine of equivalents.<br><br>For example, Apple provides a system, Apple Watch Series 9 and later and Apple Watch Ultra 2 and later, for measuring "one or more physiological parameters" of a user, such as heart rate, blood oxygen level, and electrocardiogram. For example, when a user wears an Apple Watch Ultra 2 product on their wrist, the watch measures physiological parameters using various hardware components, such as Apple's "Sensors".<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-ultra-2,watch-series-9<br>**Apple's Other Relevant Products:** |

[1] An exemplary, non-exhaustive list of Apple Accused Systems includes the Apple Watch Series 9 and later, and Apple Watch Ultra 2 and later. Certain models of Apple's watches are charted herein as merely representative of the Apple Accused Systems. The chart is non exhaustive of all Apple Accused Systems, and the information contained in this chart should not be understood to be limiting in any way.

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple watch series 9,10,11**<br><br><br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-10,watch-series-11,watch-series-9<br><br>**Apple watch Ultra 3**<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-ultra-3,watch-series-11,watch-series-9 |
| **1[a]** a wearable device for measuring | The Accused System comprises, **a wearable device for measuring** one or more physiological parameters, **the wearable device adapted to be placed on a wrist or a hand dorsal of a user**, **the measurement** of the |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| one or more physiological parameters, the wearable device adapted to be placed on a wrist or a hand dorsal of a user, wherein the measuring of the one or more physiological parameters is configured to change in response to stretching of a hand, movement of fingers or a thumb of the user; | **one or more physiological parameters is configured to change in response to stretching of a hand, movement of fingers or a thumb of the user**, literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch ("**a wearable device**") includes an optical heart sensor. This optical heart sensor measures ("**for measuring**") various body vitals ("**one or more physiological parameters**") like heart rate and blood flow through the user's vessels .This watch is worn on user's wrist ("**placed on a wrist or a hand dorsal of a user**"). Measurement of these parameters is configured to change in response to the movement of user's hand or movement of the fingers ("**movement of fingers or a thumb of the user**").<br><br><br><br>Source: https://support.apple.com/en-us/120277<br><br>**Optical heart sensor**<br><br>**Principles of operation**<br>All Apple Watch models include an optical heart sensor located on the back of the watch. This sensor uses infrared and green LEDs, paired with light-sensitive photodiodes, to measure heart rate at the wrist via photoplethysmography (PPG). |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source:<br>https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf<br><br><br><br>Apple states, for example, that "Your Apple Watch should be snug but comfortable. For best results, the back of your **Apple Watch** needs skin contact for features like Wrist Detect, the Taptic Engine, and the electrical and optical heart sensors. To maximise skin contact with the sensors, **wear your** Apple Watch **above the wrist bone** (towards **your** elbow, not your hand)."<br><br>(emphases added) *available at* https://support.apple.com/en-us/118234 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.apple.com/watch/compare/?modelList=watch-ultra-2,watch-series-9 <br><br> <br><br> Source: https://support.apple.com/en-us/120277 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>Apple states, for example, that "To calculate heart rate and rhythm, Apple Watch's sensor uses green LED lights flashing hundreds of times per second and light-sensitive photodiodes to detect the amount of blood flowing through the wrist. The sensor's unique optical design gathers signals from four distinct points **on the wrist**, and when combined with powerful software algorithms, Apple Watch isolates heart rhythms from other noise. The Apple Heart Study app uses this technology to identify an irregular heart rhythm."<br><br>(emphases added) *available at* https://www.apple.com/newsroom/2017/11/apple-heart-study-launches-to-identify-irregular-heart-rhythms/ |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "How **Apple Watch measures** your heart rate<br><br>The optical heart sensor in **Apple Watch** uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through **your wrist** at any given moment. When your heart beats**,** the blood flow in **your wrist** — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate."<br><br>(emphases added) *available at* https://support.apple.com/en-us/120277<br><br>Apple states, for example, that "Powered by S9 SiP<br>The double tap gesture available on Apple Watch Series 9 and **Apple Watch Ultra 2** is powered by the S9 SiP, which is 25 percent more power efficient than the previous generation, and the new 4-core Neural Engine, which can perform machine learning tasks twice as fast.<br>The Neural Engine processes data from the accelerometer, gyroscope, and optical heart sensor with a new machine learning algorithm. The algorithm detects **the unique signature of tiny wrist movements** and changes in blood flow when **the index finger and thumb perform a double tap**.<br>The double tap gesture works anytime the display is awake, and the feature is available all day long with minimal impact to the 18-hour battery life on Apple Watch Series 9 or the 36-hour battery life on Apple Watch Ultra 2."<br><br>(emphases added) *available at* https://www.apple.com/newsroom/2023/10/apple-watch-double-tap-gesture-now-available-with-watchos-10-1/<br><br>Apple states, for example, that<br><br>**"Double Tap Gesture**<br>Innovations such as the Digital Crown and Taptic Engine — along with gestures like tap, swipe, wrist raise, and cover to mute — make Apple Watch simple and intuitive to use. With a new double tap gesture, users can easily |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | control Apple Watch Series 9 using just one hand and without touching the display. Users can tap the index finger and thumb of their watch hand together twice to quickly and conveniently perform many of the most common actions on Apple Watch Series 9. Double tap controls the primary button in an app so it can be used to stop a timer, play and pause music, or snooze an alarm. The gesture can be used to answer and end a phone call, and even to take a photo with the Camera Remote on Apple Watch. Double tap will also open the Smart Stack from the watch face, and another double tap will scroll through widgets in the stack. **This new double tap gesture is enabled by the faster Neural Engine in Apple Watch Series 9, which** processes data from the accelerometer, gyroscope, and optical heart sensor **with a new machine learning algorithm. The algorithm detects the unique signature of tiny wrist movements and** changes in blood flow **when the index finger and thumb perform a double tap.** The double tap gesture will be available in a software update next month." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  With a new double tap gesture, users can easily control Apple Watch Series 9 using just one hand and without touching the display. Double tap controls the primary button in an app so it can be used to answer a phone call, stop a timer, play and pause music, or snooze an alarm. <br><br> (emphases added) *available at* https://www.apple.com/newsroom/2023/09/apple-introduces-the-advanced-new-apple-watch-series-9/ <br><br> **Apple's Other Products:** <br><br> **Apple watch series 9,10,11** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9 **Apple Watch Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple Watch Ultra 3 <br><br> Hypertension notifications[1] <br><br> ECG app[2] <br><br> High and low heart rate notifications <br><br> Irregular rhythm notifications[3] <br><br> Low cardio fitness notifications <br><br> Blood Oxygen app[4] <br><br> Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 |
| **1[b]** the wearable device including a light source comprising a plurality of light emitting diodes that are configured to generate an output optical light having one or more optical wavelengths; | The Accused System comprises, **the wearable device including a light source comprising a plurality of light emitting diodes that are configured to generate an output optical light having one or more optical wavelengths**, literally or under the doctrine of equivalents. <br><br> For example, the Accused Smart watch ("**the wearable device**", as detailed in claim element 1[a] above) includes an array of light emitters like infrared and colored LEDs ("**light source**"). These LEDs ("**plurality of light emitting diodes**") comprise multiple categories of LEDs such as a green LED, a red LED, and an infrared LED. These different color LEDs and infrared LEDs, each generates output light ("**output optical light**") having different wavelengths ("**optical wavelengths**"). <br><br> Apple states, for example, that "Making sure that **Apple Watch** performs well for all users, across the full global range of skin types and tones, significantly influenced hardware design and validation. Melanin strongly absorbs light at the wavelengths used by the Apple Watch optical sensor — particularly in the green part of the spectrum — potentially making PPG measurements more challenging for users with darker skin tones. To account for this, the **Apple Watch** sensing platform automatically adjusts the LED current (and |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **hence the light output**), photodiode gain (sensitivity to light), and sampling rate to achieve adequate signal resolution across the full global range of human skin tones." <br><br> (emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf <br><br> Apple states, for example, that "**The Apple Watch** back crystal includes an array of **light emitter** and detector apertures configured as a "reflectance" sensor; emitted light scatters through the perfused tissues beneath **Apple Watch**, with a portion of that light reemerging and striking photodetectors along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise **red, IR, and green LEDs** operating at wavelengths of approximately **660, 850, and 525 nm**, respectively." <br><br> (emphases added) *available at* https://www.apple.com/mideast/healthcare/j/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> Apple states, for example, that "The optical heart sensor in **Apple Watch** uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. **Apple Watch** uses **green LED lights** paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing **its LED lights** hundreds of times per second, **Apple Watch** can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br> The optical heart sensor can also use **infrared light**. This mode is what **Apple Watch** uses when it measures your heart rate in the background, and for heart rate notifications. **Apple Watch** uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV)." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) *available at* https://support.apple.com/en-us/120277 <br><br> Apple states, for example, that "The Blood Oxygen app will occasionally measure your blood oxygen levels if background measurements are on. This will usually happen when you are not moving.\* Depending on how active you are, the number of readings collected each day and the time between these readings will vary. Blood oxygen measurements use a **bright red light** that shines against your wrist, so it may be more visible in dark environments. If you find the light distracting, you can turn off background measurements." <br><br> (emphases added) *available at* https://support.apple.com/en-us/120358 <br><br> <br><br> | 

| Emitter index | LED arrangement |
|---|---|
| 0 | 0, Infrared (850 nm) |
| 1 | 1, Infrared (850 nm) |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <table><tr><td>2</td><td>2, Infrared (850 nm)</td></tr><tr><td>3</td><td>3, Infrared (850 nm)</td></tr><tr><td>4</td><td>4, Infrared (940 nm)</td></tr><tr><td>5</td><td>5, Red (660 nm)</td></tr><tr><td>6</td><td>6, Red (660 nm)</td></tr><tr><td>7</td><td>7, Red (660 nm)</td></tr><tr><td>8</td><td>8, Red (660 nm)</td></tr><tr><td>9</td><td>9, Green (525 nm)</td></tr><tr><td>10</td><td>10, Green (525 nm)</td></tr><tr><td>11</td><td>11, Green (525 nm)</td></tr><tr><td>12</td><td>12, Green (525 nm)</td></tr></table><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>**Apple's Other Products:**<br><br>**Apple watch series 9,10,11**<br><br>Apple Watch Series 11 / Apple Watch Series 10 / Apple Watch Series 9<br>**Sensors**<br>Electrical heart sensor / Electrical heart sensor / Electrical heart sensor<br>Third-generation optical heart sensor / Third-generation optical heart sensor / Third-generation optical heart sensor<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple watch Ultra 3**  Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 <br><br> **Apple watch series 9,10,11, Ultra 3** <br><br> Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **1[c]** the wearable device comprising one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue comprising skin; | The Accused System comprises, **the wearable device comprises one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue comprising skin;**, literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch ("**the wearable device**", as detailed in claim element 1[a]) includes a ceramic and sapphire back, ("**one or more lenses**") which receives (**"configured to receive at least a portion"**) the output light from the LEDs ("**output optical light**", as detailed in claim element 1[b] above) and diffuse the received light from LEDs ("**deliver a lens output light**") to the user's skin ("**tissue comprising skin**").<br><br><br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-ultra-2,watch-series-10<br><br>**Apple Watch Ultra 2**, features include "**Ceramic and sapphire crystal back**."<br><br>(emphases added) *available at* https://www.apple.com/watch/compare/?modelList=watch-ultra-2,watch-series-10 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
| --- | --- |
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.ifixit.com/News/83225/apple-watch-series-9-and-ultra-2-teardowns<br><br>"Tossing the panel under the microscope treats us to a lovely view of of an Apple logo—now that's some enviable print quality. But the real treat is **the bubbly diffusion over the sensor lenses**.<br>These voids might allow for better readings thanks to **more, or at least more diffuse**, **light from the emitters**. Or it could simply prevent an eyeful of green laser when you take your Watch off. Either way, using bubbles to diffuse—rather than a semi-opaque surface, or molded/carved lens ridges—seems pretty clever to us. Has anyone seen anything like this before? Do you know what's going on? Let us know in the comments!"<br><br>(emphases added) Source: https://www.ifixit.com/News/83225/apple-watch-series-9-and-ultra-2-teardowns<br><br>Apple states, for example, that "**The Apple Watch** back crystal includes an array of light emitter and detector apertures configured as a "reflectance" sensor; **emitted light scatters through the perfused tissues** beneath **Apple Watch**, with a portion of that light reemerging and striking photodetectors along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on **Apple Watch** comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively"<br><br>(emphases added) *available at* https://support.apple.com/en-us/120277<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/120277 <br><br> Apple Watch Series 4 and later and all models of Apple Watch Ultra also have built-in electrodes in the Digital Crown and the back of Apple Watch, which can measure the electrical signals across your heart when used with the Heart Rate app or the ECG app. When you place your finger on the Digital Crown, it creates a closed circuit between your heart and both arms, capturing the electrical impulses across your chest. <br><br> Source: https://support.apple.com/en-us/120277 <br><br> <br> Figure 1. (a) Separated chip PPG sensor and (b) Single chip PPG sensor <br><br> Source:    https://library.imaging.org/admin/apis/public/api/ist/website/downloadArticle/ei/33/7/art00002, [Page no. 1] <br><br> <br><br> Source: https://www.mdpi.com/2079-9292/12/13/2923/pdf?version=1688377632, [Page no. 7] |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
| --- | --- |
| | Apple's publications relating to Apple watch such as EP 3459447 A2 state the following:<br><br>(12) **EUROPEAN PATENT APPLICATION**<br><br>(43) Date of publication: 27.03.2019 Bulletin 2019/13<br>(51) Int Cl.: A61B 5/024 (2006.01)  A61B 5/0408 (2006.01)<br><br>(21) Application number: 18191542.2<br>(22) Date of filing: 29.08.2018<br><br>(84) Designated Contracting States: AL AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO PL PT RO RS SE SI SK SM TR<br>Designated Extension States: BA ME<br>Designated Validation States: KH MA MD TN<br><br>(30) Priority: 26.09.2017 US 201762563529 P<br><br>(71) Applicant: Apple Inc. Cupertino, CA 95014 (US)<br><br>(72) Inventors:<br>• HARRISON-NOONAN, Tobias J. Cupertino, CA, 95014 (US)<br>• CLAVELLE, Adam T. Cupertino, CA 95014 (US)<br>• DE JONG, Erik G. Cupertino, CA, 95014 (US)<br>• BLOCK, Ueyn L. Cupertino, CA, 95014 (US)<br><br>(74) Representative: Lang, Johannes Bardehle Pagenberg Partnerschaft mbB Patentanwälte, Rechtsanwälte Prinzregentenplatz 7 81675 München (DE)<br><br>(54) **OPTICAL SENSOR SUBSYSTEM ADJACENT A COVER OF AN ELECTRONIC DEVICE HOUSING**<br><br>(57)  A watch having a cover is described. An optical sensor subsystem is attached adjacent to or directly on an interior surface of the cover. In some cases, the optical sensor subsystem includes a substrate to which a light emitter and a light receiver are attached. The light receiver is configured to receive light emitted by the light emitter and reflected from the skin of a person that wears the watch. In some cases, the light emitter and light receiver are separated by a light-blocking wall that abuts the interior surface of the cover. In some cases, a light filter is attached adjacent or directly on the interior surface of the cover, between the cover and the light receiver.<br><br>"[0053] **An optional lens 520 (e.g., a Fresnel lens, a spherical lens, a diffuser film, or the like)** may be attached to the interior surface 514 of the cover 502, between the light emitters 506 and cover 502. An optional light filter 522 (*e.g.,* a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber) may be attached to the interior surface 514 of the cover 502, between the light receivers 508 and cover 502. By mounting the optical sensor subsystem 500 directly on the cover 502 and sealing the light emitters 506 and light receivers 508 within cavities formed by the substrate 504, walls 516 and 518, and interior surface 514 of the cover 502, lower cost and/or lower height light emitters 506 and light receivers 508 (*i.e.,* emitters and receivers without encapsulants applied directly thereto) can be used, potentially |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | reducing the cost and height of the apparatus shown in FIG. 5. Also, by mounting the lens 520 and light filter 522 to the interior surface 514 of the cover 502, the lens 520 and light filter 522 may be attached to the cover 502 in one set of operations, and the walls 516, 518 of the optical sensor subsystem 500 may be aligned with the cover 502, the lens 520, and the light filter 522 and attached to the cover 502 in a separate operation, with the lens 520 and light filter 522 extending into cavities defined by the optical sensor subsystem 500 to reduce the height of the apparatus (*e.g.*, compared to allocating a separate layer to optics components including the lens 520 and light filter 522)."<br><br><br>**FIG. 5**<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/0e/f6/f6/04d7d57c2fc48f/EP3459447A2.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 2016/0058367 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  |  FIG. 3 <br><br> "[0030] PPG sensor 300 can include a light source (e.g., a conventional LED) 302 **oriented to direct light onto a region of user's skin** 304 and an optical sensor 306 (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can receive light-level signals from PD 306 while LED 302 is either on or off. Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal based on the light levels sensed by PD 306 while LED 302 is off. As described below, the dark channel signal can be used for noise filtering. In some embodiments, control logic 308 can sample the light level sensed by PD 306 at regular intervals and provide the samples as outputs, e.g., in digital form. Dark channel and PPG signal samples can be provided separately, either via physically separate data paths or multiplexed onto a single path in a manner that allows the two sample types to be distinguished." <br><br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/aa/9b/51/fba7a4dfe5fc0c/US20160058367A1.pdf <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 12072288B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | "[10:63-65] To obscure internal components, **a lens such as a Fresnel lens** 707 can be located between window 701 and light emitter 706, as shown in FIG. 7D." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  **FIG. 7D**<br><br>(emphases added) Source: https://patentimages.storage.googleapis.com/83/6a/5d/eefb8f69675806/US12072288.pdf<br><br>**Apple's Other Products:**<br><br>**Apple watch series 9,10,11**<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9<br><br>**Apple watch Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple Watch Ultra 3 ˅<br><br>Ceramic and sapphire crystal back<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 |
| **1[d]** the wearable device further comprising a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal having a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source; | The Accused System comprises, **the wearable device further comprises a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal having a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch ("**the wearable device**", as detailed in claim element 1[a] above) includes an array of light emitters/LEDs ("**light source**", as detailed in claim element 1[b] above) and an optical heart sensor comprising the back lens of the watch, detector apertures, photodiodes etc. ("**a detection system**") creating a system for reading vitals, which receives the returned light ("**receive at least a portion of the lens output light reflected**") from the user's skin ("**tissue**", as detailed in claim element 1[c] above). It generates a detected/PPG signal ("**output signal**") corresponding to reflected light incident on the photodiode sensors, while working in the same phase interval ("**synchronized**") with the LEDs to ensure accurate readings. This detected signal comes with associated inherent noise characteristics ("**signal-to-noise ratio**").<br><br>Apple states, for example, that "**The Apple Watch** back crystal includes an array of **light emitter** and **detector apertures** configured as a "reflectance" sensor; **emitted light** scatters through the **perfused tissues** beneath **Apple Watch**, with **a portion of that light reemerging and striking** photodetectors along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively."<br><br>(emphases added) *available at* https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/120277<br><br>Apple states, for example, that "All Apple Watch models include an optical heart sensor located on the back of the watch. This sensor uses infrared and green LEDs, paired with light-sensitive photodiodes, to measure heart rate at the wrist via photoplethysmography (PPG). When the heart beats, the volume of blood in the **wrist** increases, leading to increased light absorption. Between beats, blood volume and light absorption decrease. Apple Watch records heart rate based on the fluctuation in light absorption by rapidly flashing its LEDs and using the photodiodes **to measure the returned light**. The infrared LEDs monitor heart rate in the background throughout the day, invisible to the user. During user-initiated workouts, Apple Watch uses the green LEDs to better accommodate heart rate measurements in challenging motion scenarios. Operating the sensor with the green LEDs consumes more battery than when using the infrared LEDs."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Class**<br><br>**SRPhotoplethysmogramOpticalSample**<br><br>A data sample from the photoplethysmogram (PPG) optical sensor.<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample,<br><br>`var conditions: [SRPhotoplethysmogramOpticalSample.Condition]`<br>The sensor context or conditions that may affect the sample.<br><br>`struct SRPhotoplethysmogramOpticalSample.Condition`<br>The conditions that may occur when recording photoplethysmogram optical data.<br><br>`var noiseTerms: SRPhotoplethysmogramOpticalSample.NoiseTerms?`<br>The mathematical terms for computing the noise in this sample.<br><br>`struct SRPhotoplethysmogramOpticalSample.NoiseTerms`<br>The mathematical terms that you use to compute the photoplethysmogram (PPG) noise.<br><br>`var normalizedReflectance: Double?`<br>The normalized photoplethysmogram (PPG) waveform.<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample,<br><br>The reflectance-type sensor used to measure **the PPG signal** on the wrist typically exhibits a **lower signal-to-noise ratio (SNR)** compared to the transmittance-type sensor used on the finger.<br><br>(emphases added) Source: https://www.researchgate.net/publication/372129574_Photoplethysmography_in_Wearable_Devices_A_Co |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | mprehensive_Review_of_Technological_Advances_Current_Challenges_and_Future_Directions/fulltext/64a8ac2b95bbbe0c6e1e4985/Photoplethysmography-in-Wearable-Devices-A-Comprehensive-Review-of-Technological-Advances-Current-Challenges-and-Future-Directions.pdf<br><br>**Interpret third-generation PPG sensors**<br><br>Third-generation optical heart sensor, in Apple Watch Series 6 and later, plus Apple Watch Ultra and Ultra 2, use an additional red LED with a different arrangement of emitters and photodiodes than the second-generation PPG sensors. The active photodiodes indices show which photodiode or combination of photodiodes the Apple Watch uses.<br><br><br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple's publications relating to Apple watch such as U.S. Pub. No. US9848823B2 state the following:<br><br><br><br>"[7:51-61] In some embodiments, data samples can be collected in a **synchronous or quasi-synchronous fashion** so that data samples for the various data streams are either coincident in time or can be interpolated to produce streams of time-coincident samples. For example, PPG sensor 402 **can be operated in a time-division multiplexed fashion such that, for each sampling interval, its light source is on for an first phase of the interval to collect one or more PPG samples** (corresponding to block 502) and off for a second phase of the interval to collect one or more dark-channel samples (corresponding to block 504)." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf <br><br> **Apple's Other Products:** <br><br> **Apple watch series 9,10,11** <br><br>  <br><br> Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9 <br><br> **Apple Watch Ultra 3** <br><br> **Apple watch series 9,10,11, Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Interpret third-generation PPG sensors**<br><br>Third-generation optical heart sensor, in Apple Watch Series 6 and later, plus Apple Watch Ultra and Ultra 2, use an additional red LED with a different arrangement of emitters and photodiodes than the second-generation PPG sensors. The active photodiodes indices show which photodiode or combination of photodiodes the Apple Watch uses.<br><br>For the third-generation sensors, the mapping of the optical heart sensor (Series 6, 7, 8, 9, Ultra, and Ultra 2) emitter is:<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |
| **1[e]** wherein the detection system comprises a plurality of detectors that are spatially separated from each other, and wherein at least one analog to digital converter is coupled to at least one of the | The Accused System comprises, **the detection system comprising a plurality of detectors that are spatially separated from each other**, **and at least one analog to digital converter is coupled to at least one of the plurality of detectors**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch has a detection system ("**the detection system**", as detailed in claim element 1[d] above) which contains plurality of photodiodes/light sensors ("**plurality of detectors**") positioned at distinct points on the smart watch back ("**spatially separated from each other**") and has an analog-to-digital converter attached to the photodiode/light sensor ("**analog to digital converter**") that converts the detected reflected light into digital signals. |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| plurality of detectors; | Apple states, for example, that "The Apple Watch back crystal includes an array of light emitter and **detector apertures** configured as a "reflectance" sensor; emitted light scatters through the perfused tissues beneath Apple Watch, with a portion of that light reemerging and striking **photodetectors** along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively." |
| | (emphases added) *available at* https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |
| | |
| | Source: https://support.apple.com/en-us/120277 |
| | Apple states, for example, that "All Apple Watch models include an optical heart sensor located on the back of the watch. This sensor uses infrared and green LEDs, paired with **light-sensitive photodiodes**, to measure heart rate at the wrist via photoplethysmography (PPG). When the heart beats, the volume of blood in the wrist increases, leading to increased light absorption. Between beats, blood volume and light absorption |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | decrease. Apple Watch records heart rate based on the fluctuation in light absorption by rapidly flashing its LEDs and using **the photodiodes** to measure the returned light. The infrared LEDs monitor heart rate in the background throughout the day, invisible to the user. During user-initiated workouts, Apple Watch uses the green LEDs to better accommodate heart rate measurements in challenging motion scenarios. Operating the sensor with the green LEDs consumes more battery than when using the infrared LEDs."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample

Apple states, for example, that "To calculate heart rate and rhythm, Apple Watch's sensor uses green LED lights flashing hundreds of times per second and **light-sensitive photodiodes** to detect the amount of blood flowing through the wrist. The sensor's unique optical design gathers signals from **four distinct points** on the wrist, and when combined with powerful software algorithms, Apple Watch isolates heart rhythms from other noise. The Apple Heart Study app uses this technology to identify an irregular heart rhythm."

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| **'790 Patent Claim** | **Apple Accused System[1]** |
|---|---|
| | (emphases added) *available at* https://www.apple.com/newsroom/2017/11/apple-heart-study-launches-to-identify-irregular-heart-rhythms/ <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. US10758133B2 state the following: <br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  "[2:42-46] As illustrated in FIG. 1, the block diagram can include a light emitter 102, **light sensor 104, analog-to-digital converters (ADCs) 105 a and 105 b**, accelerometer 106, processor 108 and input/output (I/O) unit 110." <br><br> "[3:12-13] In some examples, a light emitter can be a light emitting diode (LED) and **a light sensor can be a photodiode**." <br><br> (emphases added) Source: https://patentimages.storage.googleapis.com/7a/42/69/83681be1e4d40c/US10758133.pdf <br><br> **Apple's Other Products:** <br><br> **Apple watch series 9,10,11** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9 <br><br>**Apple Watch Ultra 3**<br><br>**Apple watch series 9,10,11, Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Interpret third-generation PPG sensors**<br><br>Third-generation optical heart sensor, in Apple Watch Series 6 and later, plus Apple Watch Ultra and Ultra 2, use an additional red LED with a different arrangement of emitters and photodiodes than the second-generation PPG sensors. The active photodiodes indices show which photodiode or combination of photodiodes the Apple Watch uses.<br><br><br><br>For the third-generation sensors, the mapping of the optical heart sensor (Series 6, 7, 8, 9, Ultra, and Ultra 2) emitter is:<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |
| **1[f]** wherein the output signal is indicative of the one or more physiological parameters that change in response to the stretching of the hand or movement of the | In the Accused System, **the output signal is indicative of the one or more** physiological parameters **that change in response to the stretching of the hand or movement of the fingers or the thumb of the user**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch optical heart sensor generates detected/PPG signal ("**output signal**", as detailed in claim element 1[d] above) and this detected/PPG signal is used for measuring vitals such as heart rate and blood flow ("physiological parameters", as detailed in claim element 1[a] above). Measurement of these parameters are configured to change in response to the movement of user's hand or movement of the fingers ("**movement of fingers or a thumb of the user**", as detailed in claim element 1[a]). |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| fingers or the thumb of the user; | Apple states, for example, that "Heart rate features The optical heart sensor and heart rate algorithms on Apple Watch enable many heart rate features. Users can measure their heart rate any time when using the Heart Rate app, during exercise with the Workout app, or during a Reflect session in the Mindfulness app — regardless of whether they're active or still. Apple Watch also measures heart rate and tachograms in the background when the user is still or during a user-initiated Breathe session in the Mindfulness app. Every measurement is published to HealthKit along with its time stamp. Apple Watch then aggregates longitudinal heart rate data to produce additional heart health and fitness insights and notifications, such as resting heart rate, walking heart rate average, cardio recovery, high and low heart rate notifications, irregular rhythm notifications, AFib History, calorimetry, and cardio fitness. This section discusses how Apple Watch uses the three foundational heart rate algorithms to enable heart rate features." <br><br> Source: <br> https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf <br><br> Apple states, for example, that "The latest versions of these three foundational heart rate algorithms use ML models trained on large and diverse research studies **to fuse information from multiple PPG sensors** and accelerometers, extracting reliable heart rate information across a variety of activities and ambient conditions. The two key types of metrics for evaluating the heart rate performance of these algorithms are accuracy (relative to ground truth heart rate) and availability (the fraction of time that heart rate measurements are available). The heart rate algorithms on Apple Watch prioritize accuracy over availability, withholding measurements when they determine that sensor signals are inadequate to support reliable heart rate readings. This section of the paper details the development and validation of the three foundational heart rate algorithms and their performance, including accuracy and availability." <br><br> (emphases added) *available at* <br> https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf <br><br> Apple states, for example, that **"Foreground heart rate algorithm** The foreground heart rate algorithm consumes **green PPG** and accelerometer **signals**. It's primarily used to measure heart rate when users open |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | the Heart Rate app or start a workout session in the Workout app. In every non-overlapping five seconds window, the algorithm chooses one heart rate measurement with the highest quality to display and publish to HealthKit."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf<br><br>Apple states, for example, that "Powered by S9 SiP<br>The double tap gesture available on Apple Watch Series 9 and Apple Watch Ultra 2 is powered by the S9 SiP, which is 25 percent more power efficient than the previous generation, and the new 4-core Neural Engine, which can perform machine learning tasks twice as fast.<br>The Neural Engine processes data from the accelerometer, gyroscope, and optical heart sensor with a new machine learning algorithm. The algorithm detects the unique signature of tiny wrist movements and changes in blood flow when the index finger and thumb perform a double tap.<br>The double tap gesture works anytime the display is awake, and the feature is available all day long with minimal impact to the 18-hour battery life on Apple Watch Series 9 or the 36-hour battery life on Apple Watch Ultra 2."<br><br>(emphases added) *available at* https://www.apple.com/newsroom/2023/10/apple-watch-double-tap-gesture-now-available-with-watchos-10-1/<br><br>Apple states, for example, that<br><br>**"Double Tap Gesture**<br>Innovations such as the Digital Crown and Taptic Engine — along with gestures like tap, swipe, wrist raise, and cover to mute — make Apple Watch simple and intuitive to use. With a new double tap gesture, users can easily control Apple Watch Series 9 using just one hand and without touching the display. Users can tap the index finger and thumb of their watch hand together twice to quickly and conveniently perform many of the most common actions on Apple Watch Series 9.<br>Double tap controls the primary button in an app so it can be used to stop a timer, play and pause music, or snooze an alarm. The gesture can be used to answer and end a phone call, and even to take a photo with the Camera Remote |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | on Apple Watch. Double tap will also open the Smart Stack from the watch face, and another double tap will scroll through widgets in the stack. **This new double tap gesture is enabled by the faster Neural Engine in Apple Watch Series 9, which** processes data from the accelerometer, gyroscope, and optical heart sensor **with a new machine learning algorithm. The algorithm detects the unique signature of tiny wrist movements and** changes in blood flow **when the index finger and thumb perform a double tap.** The double tap gesture will be available in a software update next month." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  With a new double tap gesture, users can easily control Apple Watch Series 9 using just one hand and without touching the display. Double tap controls the primary button in an app so it can be used to answer a phone call, stop a timer, play and pause music, or snooze an alarm. <br><br> (emphases added) *available at* https://www.apple.com/newsroom/2023/09/apple-introduces-the-advanced-new-apple-watch-series-9/ <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. US9848823B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| **'790 Patent Claim** | **Apple Accused System[1]** |
|---|---|
| | US009848823B2<br><br>(12) **United States Patent**  (10) Patent No.: **US 9,848,823 B2**<br>Raghuram et al.  (45) Date of Patent: **Dec. 26, 2017**<br><br>(54) **CONTEXT-AWARE HEART RATE ESTIMATION**<br><br>(71) Applicant: **Apple Inc.**, Cupertino, CA (US)<br><br>(72) Inventors: **Karthik Jayaraman Raghuram**, Santa Clara, CA (US); **James M. Silva**, San Jose, CA (US); **Alexander Kanaris**, San Jose, CA (US); **Barker N. Bhaskaran**, Kerala (IN)<br><br>(73) Assignee: **APPLE INC.**, Cupertino, CA (US)<br><br>(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 123 days.<br><br>(21) Appl. No.: **14/812,870**<br><br>(22) Filed: **Jul. 29, 2015**<br><br>(65) **Prior Publication Data**<br>US 2016/0058367 A1  Mar. 3, 2016<br><br>(58) **Field of Classification Search**<br>CPC . A61B 5/0205; A61B 5/02438; A61B 5/1118; A61B 5/486; A61B 5/681; A61B 5/721; A61B 5/7246; A61B 5/7278<br>See application file for complete search history.<br><br>(56) **References Cited**<br><br>U.S. PATENT DOCUMENTS<br><br>2014/0121543 A1* 5/2014 Chan ............... A61B 5/0006 600/483<br>2014/0275854 A1* 9/2014 Venkatraman ......... A61B 5/721 600/301<br><br>(Continued)<br><br>OTHER PUBLICATIONS<br><br>Comtois, Gary W., "Implementation of Accelerometer—Based Adaptive Noise Cancellation in a Wireless Wearable Pulse Oximeter Platform for Remote Physiological Monitoring and Triage." A Thesis submitted to the faculty of Worcester Polytechnic Institute. Aug. 31. 2007. 149 pages.<br>(Continued)<br><br>*Primary Examiner* — George Manuel<br>(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton, LLP |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>"[7:33-36] FIG. 5 is a flow diagram of a process 500 that can be implemented, e.g., in direct estimator module 410 of processing unit 406 according to an embodiment of the present invention. Process 500 uses **PPG sensor signals** and other signals to produce a "direct" estimate of the user's heart rate." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>**Apple's Other Products:**<br><br>Apple watch series 9,10,11<br><br><br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9<br><br>Apple Watch Ultra 3<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **1[g]** the wearable device configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the plurality of light emitting diodes from an initial light intensity; and | The Accused System comprises, **the wearable device configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the plurality of light emitting diodes from an initial light intensity**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch ("**the wearable device**") can automatically adjust brightness/current ("**increasing light intensity**") of the LEDs ("**light emitting diodes**", as detailed in claim element 1[b] above) to increase signal to noise ratio ("**signal-to-noise ratio**", as detailed in claim element 1[d] above ) of the detected/PPG signal generated by photodiode sensors.<br><br>Apple states, for example, that "The optical heart sensor in **Apple Watch** uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to **compensate for low signal levels by increasing** both **LED brightness** and sampling rate."<br><br>(emphases added) *available at* https://support.apple.com/en-us/120277<br><br>Apple states, for example, that "Skin variability Making sure that **Apple Watch** performs well for all users, across the full global range of skin types and tones, significantly influenced hardware design and validation. Melanin strongly absorbs light at the wavelengths used by the Apple Watch optical sensor — particularly in the green part of the spectrum — potentially making PPG measurements more challenging for users with darker skin tones. To account for this, **the Apple Watch sensing platform automatically adjusts the LED current** (and hence the light output), photodiode gain (sensitivity to light), and sampling rate **to achieve adequate signal resolution** across the full global range of human skin tones. Permanent or temporary changes to skin, such as tattoos, can impact heart sensor performance. The ink, pattern, and saturation of some tattoos can block light from the sensor, making it difficult to get reliable readings." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf <br><br> **Apple's Other Products:** <br><br> **Apple watch series 9,10,11** <br><br> <br> Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9 <br><br> **Apple Watch Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple Watch Ultra 3 ∨<br><br>Electrical heart sensor<br><br>Third-generation optical heart sensor<br><br>○○<br>○○<br><br>Vitals app featuring heart rate,<br>respiratory rate, wrist temperature,<br>and sleep duration°<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 |
| **1[h]** the detection system further configured to:<br><br>generate a first signal responsive to light received while the light emitting diodes are off,<br><br>generate a second signal responsive to light received while at least one of the light emitting diodes is on, and<br><br>increase the signal-to-noise ratio by comparing the first | The Accused System comprises, **the detection system is further configured to: generate a first signal responsive to light received while the light emitting diodes are off, generate a second signal responsive to light received while at least one of the light emitting diodes is on, and increase the signal-to-noise ratio by comparing the first signal and the second signal**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch includes optical heart sensors, the back lens of watch, detector apertures, photodiodes etc. ("**the detection system**", as detailed in claim element 1[d] above) which generates a detected/PPG signal for returned light ("**second signal**") when LEDs ("**light emitting diodes**", as detailed in claim element 1[b] above) are turned on ("**on**"), and a dark signal ("**a first signal**") when LEDs are off ("**off**"); these signals when LEDs are on and off are processed together ("**comparing**") to remove noise from the detected/PPG signal, eventually increasing its SNR ("**signal-to-noise ratio**").<br><br>Class<br><br>**SRPhotoplethysmogramOpticalSample**<br><br>A data sample from the photoplethysmogram (PPG) optical sensor.<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| signal and the second signal; | <br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-ultra-2,watch-series-10<br><br>Apple states, for example, that "SensorKit As the system gathers information using various sensors on a device, SensorKit enables an app, with user consent, to access select raw data or metrics processes from a sensor, such as:<br>• Steps information<br>• Accelerometer or rotation-rate data<br>• Optical and electrical heart sensor data<br>• The configuration of a watch on the user's wrist<br>• Ambient light in the physical environment<br>• Details about a user's routine commute or travel"<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf<br><br>Apple states for example, that "In addition to physiological sensitivities, hardware susceptibility to aggressors (confounding **sources of error) must also be minimized.** This includes **rejecting ambient light from the signal — for example, sunlight or flickering indoor light sources such as LED lighting** — and ensuring that **the sensor** can coexist without interference from a variety of **other electrical and optical signals in a small form factor."** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Table 5**<br>Summarized influencing parameters, impact and mitigation technique; re.<br><br>| Influencing parameter | Impact | Mitigation technique |<br>\|---\|---\|---\|<br>\| Skin tone \| Decrease signal intensity \| PPG wavelength selection \|<br>\| Obesity/BMI \| Decrease signal intensity, modified PPG waveform \| Not found in literature \|<br>\| Age \| Change in signal intensity, modified PPG waveform \| Calibration \|<br>\| Gender \| Change in signal intensity \| Calibration \|<br>\| Respiratory rate \| Modified PPG waveform \| High pass filter \|<br>\| Venous Pulsation \| Modified PPG waveform \| High pass filter/contact pressure \|<br>\| Local body temperature \| Change in signal intensity \| Calibration \|<br>\| Body site \| Change in signal intensity, modified PPG waveform \| Calibration \|<br>\| Motion artifacts \| Change in SNR \| Filters and secondary sensors \|<br>\| Ambient light \| Change in SNR \| Optical shielding and selective filters \|<br>\| Contact pressure \| Change in SNR, modified PPG waveform \| Apply optimal pressure for high SNR \|<br><br>Source:<br>https://www.sciencedirect.com/science/article/pii/S0263224123007145/pdfft?md5=65a2bb5a7a3c47c6ec924ea7d1fe9107&pid=1-s2.0-S0263224123007145-main.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. US9848823B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

"[3:49-52] In some embodiments, all electronic components of wearable device 102 (**sensors, processing circuitry**, communication circuitry, etc.) can be disposed within body portion 202."

"[4:45-64] **PPG sensor** 300 can include a light source (e.g., a conventional LED) 302 oriented to direct light onto a region of user's skin 304 and an optical sensor 306 (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | receive light-level signals from PD 306 while LED 302 is either on or off. **Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal based on the light levels sensed by PD 306 while LED 302 is off**. As described below, **the dark channel signal can be used for noise filtering**. In some embodiments, control logic 308 can sample the light level sensed by PD 306 at regular intervals and provide the samples as outputs, e.g., in digital form. **Dark channel and PPG signal samples** can be provided separately, either via physically separate data paths or multiplexed onto a single path in a manner that allows the two sample types to be distinguished"<br><br>(emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>**Apple's Other Products:**<br><br>**Apple watch series 9,10,11**<br><br><br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9<br><br>**Apple Watch Ultra 3** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3<br><br>**Apple watch series 9,10,11,Ultra 3**<br><br>In addition to physiological sensitivities, hardware susceptibility to aggressors (confounding sources of error) must also be minimized. This includes rejecting ambient light from the signal — for example, sunlight or flickering indoor light sources such as LED lighting — and ensuring that the sensor can coexist without interference from a variety of other electrical and optical signals in a small form factor.<br><br>Source: https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |
| **1[i]** wherein the wearable device is at least in part configured to identify an object. | The Accused System comprises, **the wearable device that is at least in part configured to identify an object**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch ("**the wearable device**", as detailed in clause element 1[a] above) has a wrist detection feature ("**in part configured to identify an object**"). |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **How Apple Watch measures your heart rate**<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>2:50 doing an activity, presumably to save battery, and that's where the infrared sensor comes in. This 2:56 sensor takes less energy and it sends your heart rate to the health app every 10 minutes and it's 3:01 also used for wrist detection. It basically works in the same way that the green LED sensor does 3:06 — emitting radiation and collecting a response based on the amount of absorption your skin has, 3:12 and here is where we run into the problem with tattoos. With tattoos, the ink sits in the 3:18 second layer of our skin called the dermis, and this really messes with how these sensors work. 3:22 The LED or IR sensors are counting on our skin to reflect the signal, the problem being is that the 3:30 ink is going to have more absorption than just our bare skin which in turn leads to all these issues 3:35 with a watch constantly locking. Because the ink is absorbing the signal, the watch isn't getting 3:40 the reflected response back that it's looking for and it thinks that it's not on your wrist,<br><br>Source: https://www.youtube.com/watch?v=AZJ-hM6f-mI&t=180s |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

Apple states, for example, that "Make sure that Wrist Detection is on

If **Wrist Detection** is off, you won't get Stand notifications, and your **Apple Watch** can't track your Stand progress. Background heart rate readings (like resting and walking rates) won't be taken if Wrist Detection is off. To check the setting, open the Watch app on your iPhone. Tap the My Watch tab, then tap Passcode. Make sure that Wrist Detection is on."

(emphases added) *available at* https://support.apple.com/en-tm/105002



Source: https://support.apple.com/en-tm/105002

"Parents trying to convince their teenager not to get a tattoo might try this: Give the teen an Apple Watch and pass along the following news.

According to a CNN report, some **Apple Watch** wearers say their wrist tattoos prevent the device's heart-rate sensor from functioning properly. And since the Apple Watch uses the wearer's heart rate **to determine whether the device is being worn**, a wearer who has wrist tattoos might not be able to place calls, receive notifications or use certain apps.

Tattooed Apple Watch wearers have complained about the issue on social media, and Apple blog iMore confirmed that the problem does indeed exist."

(emphases added) Source: https://www.dermatologytimes.com/view/tattoos-may-stop-apple-watch

"We can infer why the sensor has various different LEDs and presumably different photodiodes (light sensors). InfraRed light travels better through the skin due to its wavelength. This can make it a better choice for more accurate heart rate readings. The InfraRed LEDs are also always on for the **Apple Watch Wrist**

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Detection** feature so extra power consumption is less significant and, as InfraRed is not a visible light, this means you won't see it if you wear your Apple Watch at night. However, because the readings are being taken from greater skin depth, the InfraRed readings are much more susceptible to movement which reduces their accuracy. This is why sometimes you will see the Green LEDs on the watch switch on. This happens if the Apple Watch accelerometer detects you moving whilst its trying to background measure your heart rate. The Green LEDs are also the default choice by the watch when you start a workout."<br><br>(emphases added) Source: https://www.helixapps.co.uk/blog/apple-watch-photoplethysmography-ppg<br><br>**Apple's Other Products:**<br><br>Apple watch series 9,10,11,Ultra 3<br><br><br><br>Source: https://developer.apple.com/documentation/sensorkit/srwristdetection |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **"activate on wrist raise" vs "wrist detection"**<br><br>After 10 days of not having the stand ring on the activity tracker working properly I finally went to my local apple store and between the tech and I we figured out what the issue was. I'm surprised that none of the apple support<br><br>User uploaded file<br><br>folks online were aware of this but clearly they were not. My issue was that while the red move and the green exercise rings were moving the blue stand ring was not. The tech at the store who helped me also had a watch so we put our devices side by side and compared settings. We discovered something easily overlooked or confused and THAT was what was causing the issue. On the watch under settings/general there is the option to turn off or on "activate on wrist raise". On the apple watch app on the phone under general about 2/3rds of the way down the screen there is "wrist detection". THESE ARE NOT THE SAME. I noticed within the first day that the watch turning on with every movement was killing my battery. Instead of turning that feature off on the watch itself I turned off "wrist detection". When I did it in the store with the tech (we had erased and re-paired the watch so I was starting from scratch) we both noticed a screen came up warning us that turning off wrist detection would disable some of the tracking features. Trying to turn on the power save mode gave us a similar warning. So the lesson is to turn off the "activate on wrist raise" feature do so only from the watch itself. Do not mess with Wrist Detection on the watch's phone app or you will be disabling some of the tracking features, one of which is the stand ring.<br><br>*Apple Watch Sport 38mm*<br>Posted on May 26, 2015 6:43 AM<br><br>Source: https://discussions.apple.com/thread/7058037?sortBy=rank |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **2** The optical system of claim 1, wherein the plurality of light emitting diodes comprises six light emitting diodes, and wherein the detection system comprises the plurality of detectors arranged along an arc. | The Accused System comprises, **the plurality of light emitting diodes comprises six light emitting diodes, and wherein the detection system comprises the plurality of detectors arranged along an arc.**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch has multiple light emitting diodes ("**the plurality of light emitting diodes**" as detailed in claim element 1[b] above) which comprises six LEDs such as red, green and infrared ("**six light emitting diodes**"). The detection system has ("**the detection system**", as detailed in claim element 1[d] above) multiple detectors ("**the plurality of detectors**", as detailed in claim element 1[e] above). These detectors are arranged along an arc in the back of the watch ("**along an arc**").<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>**Emitter index / LED arrangement**<br><br>0 — 0, Infrared (850 nm)<br>1 — 1, Infrared (850 nm)<br>2 — 2, Infrared (850 nm)<br>3 — 3, Infrared (850 nm)<br>4 — 4, Infrared (940 nm)<br>5 — 5, Red (660 nm)<br>6 — 6, Red (660 nm)<br>7 — 7, Red (660 nm)<br>8 — 8, Red (660 nm)<br>9 — 9, Green (525 nm)<br>10 — 10, Green (525 nm)<br>11 — 11, Green (525 nm)<br>12 — 12, Green (525 nm)<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://support.apple.com/en-us/120277<br><br>Apple states, for example, that "All Apple Watch models include an optical heart sensor located on the back of the watch. This sensor uses infrared and green LEDs, paired with **light-sensitive photodiodes**, to measure heart rate at the wrist via photoplethysmography (PPG). When the heart beats, the volume of blood in the wrist increases, leading to increased light absorption. Between beats, blood volume and light absorption decrease. Apple Watch records heart rate based on the fluctuation in light absorption by rapidly flashing its LEDs and using **the photodiodes** to measure the returned light. The infrared LEDs monitor heart rate in the background throughout the day, invisible to the user. During user-initiated workouts, Apple Watch uses the green LEDs to better accommodate heart rate measurements in challenging motion scenarios. Operating the sensor with the green LEDs consumes more battery than when using the infrared LEDs."<br><br>**Apple's Other Products:**<br><br>**Apple watch series 9,10,11** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **3** The optical system of claim 2, wherein the optical system is configured to use artificial intelligence in making decisions associated with at least a portion of the output signal. | The Accused System comprises, **the optical system is configured to use artificial intelligence in making decisions associated with at least a portion of the output signal**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch has an optical heart sensor that in combination with other components like sensors create the entire vital detection system ("**the optical system**"). The data ("**at least a portion of the output signal**", as detailed in claim element 1[d] above) from various sensors such as optical gyroscope is fed in to a machine learning models ("**artificial intelligence**") to provide heart rate monitoring, estimate calories, activity classification ("**in making decisions**").<br><br>Apple states, for example, "It then discusses how Apple Watch uses sensor fusion and **machine learning (ML) models** to provide **heart rate monitoring throughout the day**. The paper explores the methodology for calorie measurement on Apple Watch, covering best practices **in estimating calories** burned during the day."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf<br><br>Apple states, for example, "**Machine learning–based** models for activity classification Activity classification is fundamental to ensuring that the correct calorimetry algorithms are running on Apple Watch. **ML-based models** trained on **thousands of hours of data identify movement patterns associated with different activities** (for example, swimming, cycling, or running). Apple Watch uses this activity context in various ways, including calorimetry algorithm selection, workout pause/resume and start/ end reminders, and automatic progression through Multisport workouts."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| **4** The optical system of claim 3, wherein the optical system is further configured to combine at least a part of the output signal with data from other non-invasive devices or biosensors adapted to be placed on the user. | The Accused System comprises, **the optical system, further configured to combine at least a part of the output signal with data from other non-invasive devices or biosensors adapted to be placed on the user**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch's optical heart sensor in combination with other components like sensors forms the optical system ("**the optical system**" as detailed in claim element 3 above). This system combines ("**combine**") the data ("**with data**") from various other non-invasive sensors such as gyroscope and accelerometers ("**non-invasive devices or biosensors**") and these are placed on the user ("**adapted to be placed on the user**", as detailed in claim element 1[a] above) to make certain assessment decisions.<br><br>Apple states, for example, that "The latest versions of these three foundational heart rate algorithms use ML models trained on large and diverse research studies **to fuse information from** multiple PPG sensors and **accelerometers**, extracting reliable heart rate information across a variety of activities and ambient conditions. The two key types of metrics for evaluating the heart rate performance of these algorithms are accuracy (relative to ground truth heart rate) and availability (the fraction of time that heart rate measurements are available). The heart rate algorithms on Apple Watch prioritize accuracy over availability, withholding measurements when they determine that sensor signals are inadequate to support reliable heart rate readings. This section of the paper details the development and validation of the three foundational heart rate algorithms and their performance, including accuracy and availability."<br><br>(emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: Apple Watch Series 11 vs Apple Watch Series 10 vs Apple Watch Ultra 2 - Apple<br><br>Apple states, for example, that "Powered by S9 SiP<br>The double tap gesture available on Apple Watch Series 9 and Apple Watch Ultra 2 is powered by the S9 SiP, which is 25 percent more power efficient than the previous generation, and the new 4-core Neural Engine, which can perform machine learning tasks twice as fast.<br>The Neural Engine processes **data** from the **accelerometer, gyroscope**, and optical heart sensor with a new machine learning algorithm. The algorithm detects the unique signature of tiny wrist movements and changes in blood flow when the index finger and thumb perform a double tap.<br>The double tap gesture works anytime the display is awake, and the feature is available all day long with minimal impact to the 18-hour battery life on Apple Watch Series 9 or the 36-hour battery life on Apple Watch Ultra 2."<br><br>(emphases added) *available at* https://www.apple.com/newsroom/2023/10/apple-watch-double-tap-gesture-now-available-with-watchos-10-1/<br><br>**Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple watch series 9,10,11**<br><br><br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-series-9<br><br>**Apple Watch Ultra 3**<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-11,watch-series-10,watch-ultra-3 |
| **5** The optical system of claim 4, wherein the optical system is | The Accused System comprises, **an optical system, further configured to communicate with a smart phone or a tablet, comprising a wireless receiver, a wireless transmitter, a display, a speaker, a voice** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| further configured to communicate with a smart phone or a tablet, the smart phone or the tablet comprising a wireless receiver, a wireless transmitter, a display, a speaker, a voice input module, one or more buttons or knobs, a microprocessor and a touch screen. | **input module**, **one or more buttons or knobs**, **a microprocessor and a touch screen**, either literally or under the doctrine of equivalents.<br><br>For example, the Accused Smart watch's optical heart sensor in combination with other components like sensors forms the optical system ("**optical system**", as detailed in claim element 3 above). This Smart watch can be coupled to iPhone or iPad ("**a smart phone or tablet**"). iPhones for example, comprise a Bluetooth module, Wi-Fi module, etc. ("**a wireless transmitter**") ("**a wireless receiver**"), a display ("**a display**"), a stereo speaker ("**a speaker**"). iPhones are also able to take voice commands ("**a voice input**") and has action button for volume up/down, side button ("**more buttons**") and an processor chipset like A-14 bionic chipset in iPhone 12 pro for example, ("**microprocessor**") with haptic touch ("**a touch screen**").<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS, and watchOS work with your Apple Watch.<br><br>| Apple Watch Model | Compatible iPhone | Compatible iOS | Compatible watchOS |<br>|---|---|---|---|<br>| Ultra 2 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** |<br><br>Source: https://support.apple.com/en-us/118490<br><br>"Siri[8]<br>☐ Use **your voice** to send messages, set reminders, and more<br>☐ Get intelligent suggestions on your Lock screen and in Messages, Mail, QuickType, and more<br>☐ Activate hands-free with only **your voice** using "Hey Siri"<br>☐ Use your voice to run shortcuts from your favorite apps"<br><br>(emphases added) *available at* https://support.apple.com/en-us/111875<br>"**Chip** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **A14 Bionic chip**<br>Next-generation Neural Engine"<br><br>(emphases added) *available at* https://support.apple.com/en-us/111875<br><br>"**Display**<br>    ☐  **Super Retina XDR display**<br>    ☐  **6.1-inch (diagonal) all-screen OLED display**<br>    ☐  2532-by-1170-pixel resolution at 460 ppi<br>    ☐  HDR display<br>    ☐  True Tone<br>    ☐  Wide color (P3)<br>    ☐  **Haptic Touch**<br>    ☐  2,000,000:1 contrast ratio (typical)<br>    ☐  800 nits max brightness (typical); 1200 nits max brightness (HDR)<br>    ☐  Fingerprint-resistant oleophobic coating<br>    ☐  Support for display of multiple languages and characters simultaneously"<br><br>(emphases added) *available at* https://support.apple.com/en-us/111875<br><br>"All models<br>      o  5G (sub-6 GHz and mmWave)[4]<br>      o  Gigabit LTE with 4x4 MIMO and LAA[4]<br>      o  **Wi-Fi 6** (802.11ax) with 2x2 MIMO<br>      o  **Bluetooth 5.0** wireless technology<br>      o  Ultra Wideband chip for spatial awareness[5]<br>      o  NFC with reader mode<br>      o  Express Cards with power reserve<br>For details on 5G and LTE support, contact your carrier and see"<br><br>(emphases added) *available at* https://support.apple.com/en-us/111875 |

Ex. J                                                73                                    '790 Patent – Apple Watch

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | "External Buttons and Connectors<br>☐ **Volume up/down**<br>☐ **Ring/Silent**<br>☐ **Side button**<br>☐ **Built-in stereo speakers**<br>☐ Built-in microphones<br>☐ Lightning connector"<br>(emphases added) *available at* https://support.apple.com/en-us/111875<br><br>**Apple's Other Products:**<br><br>**Apple watch series 9,10,11, Ultra 3**<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/118490 |
| **6.[pre]** The optical system of claim 5, the wearable device further configured to be coupled to an imaging system for remote sensing of the user, the imaging system comprising: | In the Accused System, **the wearable device is** further configured to be coupled to an imaging system for remote sensing of the user, either literally or under the doctrine of equivalents.<br><br>For example, the Apple Watch Series 9 or later / Apple Watch Ultra 2 or later ("**wearable device**" as detailed in claim element 1[a] above) is coupled (wirelessly connected via Bluetooth/Wi-Fi) to iPhones/iPads that include the Face ID system (TrueDepth camera with dToF proximity sensor) ("**an imaging system for remote sensing of the user**"). The Face ID system performs remote sensing of the user.<br><br>For example, Apple Watch can be used to unlock iPhone when the user is wearing a mask or sunglasses, relying on Face ID's optical detection of the user. The Apple Watch is configured to be coupled to the iPhone and its Face ID imaging system through wireless pairing.<br><br>This shows that the Apple Watch Series, when used with iPhone 15, detects the user.<br><br>Unlock your iPhone with Apple Watch when you're wearing a face mask or sunglasses<br><br>When you're wearing a mask or sunglasses and your Apple Watch, you can simply raise and glance at your iPhone to unlock it. Learn how to set up and use the feature.<br><br>Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Unlocking your iPhone with your Apple Watch requires these devices:<br><br>Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | • An iPhone that uses Face ID (iPhone X or later) and has iOS 14.5 or later<br><br>• An Apple Watch Series 3 or later with watchOS 7.4 or later<br><br>The feature also has these requirements:<br><br>• Your Apple Watch needs to be paired with your iPhone.<br><br>• Your iPhone and Apple Watch need to have Wi-Fi and Bluetooth turned on. (You don't need to be connected to a Wi-Fi network.)<br><br>• Your Apple Watch needs to have a passcode, and wrist detection must be turned on.<br><br>• Your Apple Watch needs to be on your wrist and unlocked.<br><br>• You need to be wearing a mask that covers your mouth and nose, or sunglasses or ski goggles that cover your eyes.<br><br>Source: https://support.apple.com/en-us/102438 |

Ex. J                                                    77                                        '790 Patent – Apple Watch

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  iPhone 15<br><br>Source: https://www.apple.com/shop/buy-iphone/iphone-15 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  | Apple states, for example, that "The technology that enables Face ID is some of the most advanced hardware and software that we've ever created. **The TrueDepth camera captures accurate face data by projecting and analyzing thousands of invisible dots to create a depth map of your face and also captures an infrared image of your face**." <br> (emphases added) *Available at*: https://support.apple.com/en-us/102381 <br><br><br> **Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> | Apple Watch Model | Compatible iPhone | Compatible iOS | Compatible watchOS | <br> |---|---|---|---| <br> | Series 11 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | SE 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | Ultra 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | Series 10 | iPhone XS or later | iOS 18 or later | watchOS 11 or later | <br> | Ultra 2 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** | <br> | Series 9 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** | <br> | Ultra | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | Series 8 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | SE 2 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | Series 7 | iPhone 6s or later | iOS 15 or later* | watchOS 8 or later** | <br> | Series 6 | iPhone 6s or later | iOS 14 or later* | watchOS 7 or later** | <br><br> Source: https://support.apple.com/en-us/118490 |
| **6[a]** a laser diode configured to be pulsed and to | The Accused System comprises **a laser diode configured to be pulsed and to generate laser light having a laser wavelength**, wherein the laser wavelength is a near-infrared wavelength between 700 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| generate laser light having a laser wavelength, wherein the laser wavelength is a near-infrared wavelength between 700 nanometers and 2500 nanometers, and wherein the laser diode comprises one or more Bragg reflectors; | **nanometers and 2500 nanometers**, **and wherein the laser diode comprises one or more Bragg reflectors**, literally or under the doctrine of equivalents.<br><br>For example, in the Accused System, the iPhone 15 uses proximity sensor for Face ID (remote sensing of the user). The proximity sensor includes VCSEL/vertical-cavity surface emitting laser ("**a laser diode**") manufactured by TRUMPF. The VCSEL pulses and generates a light having a near-infrared 940 nm wavelength ("**wavelength between 700 nanometers and 2500 nanometers**").<br><br>"The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these Face ID components are retained in the iPhone 15 module with little to no change. For these parts, we present only cursory analysis in this current report, and focus instead on the integrated proximity sensor, which consists of a SPAD ASIC from STMicroelectronics and **GaAs-based VCSEL from Trumpf**.<br>…<br>Now, our prediction of the iPhone 15's return to **940 nm GaAs-based proximity sensing** has been confirmed. The new solution is furnished by STMicroelectronics and TRUMPF, and the reduced notch size was retained by integrating the new sensor into the Face ID module so it can work through the Dynamic Island."<br><br>(emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/<br><br>"TRUMPF Photonic Components, a global leader in VCSEL and photodiode solutions for consumer and industrial sensing, has been featured as a key supplier by Apple for its work supporting the proximity sensor in iPhone. The proximity sensor for iPhone turns off the screen when it detects an object that is close by — such as when a user holds iPhone up to their ear — saving power and preventing inadvertent touches.<br>"We have already shipped over 1 billion of our **VCSELs to Apple**. It's great to see that our components are widely used in everyday life and enable great experiences," says Berthold Schmidt, CEO at TRUMPF Photonic Components." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://www.trumpf.com/en_US/newsroom/stories/trumpf-vcsel-enables-proximity-sensor-in-iphone/<br><br>"Whether it's in sensors for autonomous driving or driver monitoring, in smartphones or in digital data transmission – laser diodes from TRUMPF Photonic Components are used in countless high-tech applications for the consumer market and in the industrial sector. They offer the benefit of top performance data transmission with a comparatively low power input. In the case of **VCSEL (vertical-cavity surface-emitting laser) laser diodes**, the light is emitted perpendicular to the plane of the semiconductor chip; this is different to edge-emitting laser diodes, where the light is emitted on one or two edges of the chip."<br><br>(emphases added) Source: https://www.trumpf.com/en_US/products/vcsel-solutions-photodiodes/<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf <br><br> STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |
| | [3:56-67, 4:1] "The range detection circuitry 116 is coupled to the return SPAD array 114 and the reference SPAD array 112 and estimates the distance between the TOF range detection device 100 and the object 120 in the image scene against which the optical pulses reflect. For example, the range detection circuitry 116 may estimate the delay between each transmitted optical pulse 104 and the return optical pulse 108 received by the return SPAD array 114 in order to provide a range estimate in the form of the detected distance to the object 120. The range detection circuitry 116 determines the time of flight based upon the difference between the |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | transmission time of the transmitted **optical pulse** 104 and the arrival time of the **returned optical pulse** 108." <br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf <br><br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 11371833B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| **'790 Patent Claim** | **Apple Accused System[1]** |
|---|---|
| | |

[6:62-67, 7:1-2] "Depth mapping system 20 comprises a radiation source 21, which emits M individual beams (for example, M may be on the order of 500). The radiation source comprises multiple banks of emitters arranged in a two-dimensional array 22 (as shown in detail in FIG. 2B), together with beam optics 37. **The**

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | **emitters typically comprises solid-state devices, such as vertical-cavity surface-emission lasers (VCSELs) or other sorts of lasers or light-emitting diodes (LEDs).**" (emphases added) Source: https://patentimages.storage.googleapis.com/e8/32/78/427109e290995b/US11371833.pdf <br><br> For example, the Accused System comprises the iPhone 15 in which the VCSEL ("**the laser diode**") includes distributed bragg reflector layers ("**Bragg reflectors**"). <br><br> <br> VCSEL - AlGaAs/GaAs distributed bragg reflector layers - SEM view <br> (Source: Apple iPhone 15 Proximity Sensor in the Face ID Module, Yole SystemPlus, 2023) <br><br> Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/ <br><br> **Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br>| Apple Watch Model | Compatible iPhone | Compatible iOS | Compatible watchOS |<br>|---|---|---|---|<br>| Series 11 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later |<br>| SE 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later |<br>| Ultra 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later |<br>| Series 10 | iPhone XS or later | iOS 18 or later | watchOS 11 or later |<br>| Ultra 2 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** |<br>| Series 9 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** |<br>| Ultra | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** |<br>| Series 8 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** |<br>| SE 2 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** |<br>| Series 7 | iPhone 6s or later | iOS 15 or later* | watchOS 8 or later** |<br>| Series 6 | iPhone 6s or later | iOS 14 or later* | watchOS 7 or later** |<br><br>Source: https://support.apple.com/en-us/118490 |
| **6[b]** a beam splitter configured to receive at least part | The Accused System comprises a beam splitter **configured to receive at least part of the received laser light from the laser diode** and to split **the received laser light into a sample arm light** and a reference |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| of the received laser light from the laser diode and to split the received laser light into a sample arm light and a reference arm light, at least a portion of the sample arm light configured to be directed to the user; | **arm light**, **at least a portion of the sample arm light configured to be directed to the user**, literally or under the doctrine of equivalents.<br><br>For example, the Face ID dToF proximity sensor or a TOF range detection device in the coupled iPhone includes an optical barrier ("**a beam splitter**") that receives an optical pulse from the VCSEL ("**receive at least part of the received laser light from the laser diode**") and splits it into: (1) a first portion reflected toward a reference SPAD array ("**reference arm light**"), and (2) a second portion directed outward toward the user's face ("**sample arm light**"). The sample arm light is directed to the user ("**at least a portion of the sample arm light configured to be directed to the user**") for Face ID authentication.<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>[3:32-37] "An optical barrier 110 is included in the TOF range detection device 100, and reflects a first portion 106 of the optical pulse toward a reference single-photon avalanche diode (SPAD) array 112. A second portion 108 of the optical pulse 104 is reflected off of the object 120 in the image scene, and is received at a return SPAD array 114."<br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> | Apple Watch Model | Compatible iPhone | Compatible iOS | Compatible watchOS | <br> |---|---|---|---| <br> | Series 11 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | SE 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | Ultra 3 | iPhone 11 or later | iOS 26 or later | watchOS 26 or later | <br> | Series 10 | iPhone XS or later | iOS 18 or later | watchOS 11 or later | <br> | Ultra 2 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** | <br> | Series 9 | iPhone XS or later | iOS 17 or later | watchOS 10 or later** | <br> | Ultra | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | Series 8 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | SE 2 | iPhone 8 or later | iOS 16 or later* | watchOS 9 or later** | <br> | Series 7 | iPhone 6s or later | iOS 15 or later* | watchOS 8 or later** | <br> | Series 6 | iPhone 6s or later | iOS 14 or later* | watchOS 7 or later** | <br><br> Source: https://support.apple.com/en-us/118490 |
| **6[c]** the imaging system further comprising a second | The Accused System comprises **the imaging system further comprising a second plurality of detectors**, either literally or under the doctrine of equivalents. |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| plurality of detectors; and | For example, the Accused System comprises the iPhone 15 which uses proximity sensor for Face ID (remote sensing of the user) ("**the imaging system**", as detailed in claim element 6[pre] above). The proximity sensor includes SPAD (single photon avalanche diode, "**a second plurality of detectors**") ASIC manufactured by STMicroelectronics.<br><br>"The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these Face ID components are retained in the iPhone 15 module with little to no change. For these parts, we present only cursory analysis in this current report, and focus instead on the integrated proximity sensor, which consists of **a SPAD ASIC from STMicroelectronics** and GaAs-based VCSEL from Trumpf."<br><br>(emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/<br><br>"A unique combination of STMicroelectronics' latest proximity sensor, based on single-photon avalanche diode (SPAD) technology and a VCSEL illuminator, all in Apple's most advanced handset<br><br>Ahead of its competitors, Apple has begun using 3D sensing. For the iPhone's 10th anniversary, Apple integrated this new function under the name "True Depth sensing". The system features a near-infrared (NIR) camera, a dot projector, and a flood illuminator, along with a proximity sensor. All modules work together to form a high-end security solution: facial recognition. Since the Apple 7, STMicroelectronics has supplied Apple with a custom proximity sensor, one which represents the smallest FlightSenseTM device in its ToF portfolio. And with the Apple X, STMicroelectronics has gained significant market share by integrating several of its components (from the NIR camera to the 3D touch controller), including a new custom version of the proximity sensor featuring a flood illuminator." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | "Located in the front above the main speaker, the proximity sensor/flood illuminator is packaged using optical LGA. The device is unique to Apple. In the past, STMicroelectronics released a custom proximity sensor two times smaller (2.80 x 2.40 mm) than the devices in its portfolio, based on FlightSenseTM technology. This new version comes with a flood illuminator used in the True Depth system. The flood illuminator is an NIR VCSEL with a wide beam that illuminates the face and allows for nighttime user recognition with the NIR camera. The packaging is specially designed for the flood illuminator's heat management. |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  | In this report the complete microsystem is analyzed, from the two illumination devices (which are vertical-cavity surface-emitting lasers (VCSEL)) to **the collector (based on the SPAD developed by STMicroelectronics)**. Moreover, a complete cost analysis and price estimate is presented for the device, based on a detailed description of the package, **the ToF detector**, the VCSEL, and the second VCSEL for flood illumination.<br><br>Also featured is a complete technology comparison with STMicroelectronics' ToF portfolio since its first generation: the VL53L0X, the VL6180X, and the most recent custom proximity sensor in the Apple iPhone 8."<br><br><br><br>(emphases added) Source: https://www.yolegroup.com/product/report/stmicroelectronics-time-of-flight-proximity-sensor--flood-illuminator-in-the-apple-iphone-x/ |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | The proximity sensor is actually an array of single photon avalanche diodes (SPADs), which fortunately can be integrated into a regular CMOS process.<br><br> |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source:     https://www.techinsights.com/blog/stmicroelectronics-time-flight-sensors-and-starship-enterprise-show-iphone-7-series<br><br><br><br>**Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. J                                        104                            '790 Patent – Apple Watch

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> <table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table> <br> Source: https://support.apple.com/en-us/118490 |
| **6[d]** at least one of the second plurality of detectors | The Accused System comprises **at least one of the second plurality of detectors** configured to receive at least a portion of the reference arm light **and configured to generate a reference detector output**, **and** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| configured to receive at least a portion of the reference arm light and configured to generate a reference detector output, and at least another of the second plurality of detectors configured to receive from the user at least a portion of reflected sample arm light and configured to generate a sample detector output; and | **at least another of the second plurality of detectors** **configured to receive from the user at least a portion of reflected sample arm light and configured to generate a sample detector output**, either literally or under the doctrine of equivalents.<br><br>See claim 6[c].<br><br>For example, the Accused System comprises the iPhone 15 which utilizes a TOF range detection device where a reference single-photon avalanche diode (SPAD) array 112 ("**at least one of the second plurality of detectors**", as detailed in claim element in 6[c] above) receives a first portion ("**at least a portion of the reference arm light**") and generates a reference detector output ("**configured to generate a reference detector output**"), and a return SPAD array 114 ("**at least another of the second plurality of detectors**") is received at a second portion 108 ("**at least a portion of reflected sample arm light**" as detailed in claim element 6[b] above) reflected off of the object 120 ("**receive from the user**") and generates a sample detector output ("**configured to generate a sample detector output**").<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>FIG. 1<br><br>[3:32-55] "An optical barrier 110 is included in the TOF range detection device 100, and **reflects a first portion 106 of the optical pulse toward** a **reference single-photon avalanche diode (SPAD) array** 112. A second portion 108 of the optical pulse 104 is **reflected off of the object 120 in the image scene**, and is **received** at a **return SPAD array** 114.<br><br>The return SPAD array 114 may include, for example, an array of between four and several hundred SPAD cells. As will be appreciated by those skilled in the art, SPAD arrays can be used for a variety of applications, including for ranging, for 2D or 3D gesture recognition and for 3D imaging. Each SPAD cell in the **return SPAD array** 114 will **provide an output pulse or detectable SPAD event** when a photon in the form of the reflected second portion 108 of the optical pulse 104 is detected by that cell, and by monitoring these SPAD events an arrival time of the return pulse can be estimated or detected by the range detection circuitry 116. |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | The reference SPAD array 112 may be, for example, of the same dimensions or of smaller dimensions than the return SPAD array 114, and receives an internal reflection (e.g., reflected by the optical barrier 110) 106 of the transmitted optical pulse 104. In some embodiments, the reference SPAD array 112 is a mono-dimensional array, for example, having only a row or column of SPAD cells." <br><br> [4:8-12] "In one or more embodiments, the range detection circuitry 116 includes a digital counter 115, which counts a number of **photons received at** the return SPAD array 114 and **the reference SPAD array** 112 within preset windows or bins of time." <br><br> (emphases added) Source: https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf <br><br> **Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. J                                                        110                                        '790 Patent – Apple Watch

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> <br><br> Source: https://support.apple.com/en-us/118490 |
| **6[e]** wherein the imaging system is configured to | The Accused System comprises, **wherein the imaging system** is configured to measure time-of-flight **based at least in part on the sample detector output**, either literally or under the doctrine of equivalents. |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| measure time-of-flight based at least in part on the sample detector output. | For example, in the Accused System, the iPhone 15 contains range detection circuitry 116 which determines the time of flight ("time-of-flight measurement") based upon the difference between the transmission time and the arrival time of optical pulses. The range detection circuitry 116 is coupled to the reference SPAD array 112 and return SPAD array 114 ("sample detector output", as detailed in claim element in 6[d] above) to estimate the delay between each transmitted optical pulse and the return optical pulse.<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| |  [3:56-67, 4:1] "The range detection circuitry 116 is coupled to the return SPAD array 114 and the reference SPAD array 112 and estimates the distance between the TOF range detection device 100 and the object 120 in the image scene against which the optical pulses reflect. For example, the range detection circuitry 116 may estimate the delay between each transmitted optical pulse 104 and the return optical pulse 108 received by the return SPAD array 114 in order to provide a range estimate in the form of the detected distance to the object 120. The range detection circuitry 116 determines the time of flight based upon the difference between the transmission time of the transmitted optical pulse 104 and the arrival time of the returned optical pulse 108." |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf <br><br> For example, the Accused System comprises the iPhone 15 ("**the imaging system**", as detailed in claim element in 6.[pre] above) performs ToF ("**time-of-flight**") measurement for Face ID. The ToF measurement is performed by measuring a time difference between the emitted pulse and the received pulse from the face of the user. <br><br> iPhone 15 <br><br> Source: https://www.apple.com/shop/buy-iphone/iphone-15 |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

ToF – Order of Operation

**VCSEL** - Emitter:
Vertical Cavity, Surface Emitting Laser

**SPAD** - Receiver:
Single Photon Avalanche Diode
IR notch filter

Proximity Sensor operation description:

- VCSEL emits a pulse of photons towards a target
- Photons are partially reflected from the target to the SPAD
- The SPAD array generates a small pulse for each detected photon
- Time between initial and received pulse is measured
- Time is converted in distance

Two ways to measure the Time of Flight (ToF):

In the direct method, the time difference between the emitted pulse, and a received signal.

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 11371833B2 state the following: |

Ex. J                                          116                                 '790 Patent – Apple Watch

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | |
| | [1:32-39] "A commonly-used technique to determine the distance to each point on the target scene involves transmitting one or more pulsed optical beams towards the target scene, followed by the measurement of the **round-trip time, i.e. time-of-flight (ToF),** taken by the optical beams as they travel from the source to the target scene and **back to a detector array adjacent to the source.**" (emphases added) Source: https://patentimages.storage.googleapis.com/e8/32/78/427109e290995b/US11371833.pdf |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>"Face ID<br>Touch ID fingerprint recognition has been used in all iPhones since it was first introduced in the 5S, through to the 8 and 8 Plus. In the iPhone X, Apple replaces Touch ID with Face ID.<br><br>Face ID is enabled by the TrueDepth camera, about which Apple has published a white paper and illustrative images on their site.<br><br>Face ID functionality is delivered through a combination of a few different components"<br><br>Source: https://www.techinsights.com/blog/apple-iphone-x-teardown |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"



**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
| | https://www.st.com/resource/en/datasheet/vl53l0x.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 12,193,790 (the "'790 Patent")**
"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 12,193,790 (the "'790 Patent")**

"Wearable devices comprising semiconductor diode light sources with improved signal-to-noise ratio"

| '790 Patent Claim | Apple Accused System[1] |
|---|---|
|  | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br><table><tr><th>Apple Watch Model</th><th>Compatible iPhone</th><th>Compatible iOS</th><th>Compatible watchOS</th></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table><br>Source: https://support.apple.com/en-us/118490 |