# EXHIBIT K

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| 7[pre] An optical system, comprising: | Without conceding that the preamble of Claim 1 is limiting, Apple Inc. ("Apple") has made, used, offered to sell, sold in the United States, and/or have imported into the United States, and/or, continue to make, use, offer to sell, and sell within the United States, and/or import into the United States, Accused Optical Systems for measuring one or more physiological parameters and for use with a smart phone or tablet, either literally or under the doctrine of equivalents.<br><br>For example, Apple provides the Apple Watch Series 7 (used herein as an exemplary product), which pairs with an iPhone, such as the iPhone 15, via Bluetooth and Wi-Fi (or Cellular). Apple also provides the Health app, which enables users to access health information and receive health-related insights such as blood oxygen level. Apple provides an ecosystem for healthcare ("an optical system") that includes smartwatches (such as the Apple Watch Series 6, Apple Watch Series 7, Apple Watch Series 8, etc.) and smartphones (such as the iPhone 15). The smartwatch tracks various health metrics, such as blood oxygen levels and heart rate. Additionally, the smartwatch, when used with the smartphone, detects the user (such as using Face ID). |

---

[1] An exemplary, non-exhaustive list of Apple Accused Systems includes the Apple Watch Series 6 or later, or any model of Apple Watch Ultra (each an "Accused Smartwatch"), or earphones, such as Apple AirPods Pro (3rd generation) and later (each an "Accused earphone"), and Apple iPhone/iPad models with Face ID features, which provide a device for measuring one or more physiological parameters of a user. Certain models of Apple products are charted herein as merely representative of the Apple Accused Systems. The chart is not exhaustive of all Apple Accused Systems, and the information contained in this chart should not be understood to be limiting any way.

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/111909 <br><br> Source: https://www.apple.com/healthcare/apple-watch/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Apple Watch Series 4 and later and all models of Apple Watch Ultra also have built-in electrodes in the Digital Crown and the back of Apple Watch, which can measure the electrical signals across your heart when used with the Heart Rate app or the ECG app. When you place your finger on the Digital Crown, it creates a closed circuit between your heart and both arms, capturing the electrical impulses across your chest.<br><br>To use the electrical heart sensor to measure your heart rate, open the Heart Rate app and place your finger on the Digital Crown. You will get a faster reading with higher fidelity — getting a measurement every second instead of every 5 seconds. You'll see "ECG" in Heart Rate Context when looking at recorded data for Heart Rate in the Health app. You can also use the electrical heart sensor to take an ECG with the ECG app.<br>Source: https://support.apple.com/en-us/120277 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>iPhone 15<br>Source: https://www.apple.com/shop/buy-iphone/iphone-15 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Unlock your iPhone with Apple Watch when you're wearing a face mask or sunglasses**<br><br>When you're wearing a mask or sunglasses and your Apple Watch, you can simply raise and glance at your iPhone to unlock it. Learn how to set up and use the feature.<br><br>Source: https://support.apple.com/en-us/102438<br><br>Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>Source: https://www.apple.com/health/<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-7,watch-series-10,watch-series-8 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Features** <ul><li>GPS, GLONASS, Galileo, QZSS, and BeiDou</li><li>Compass</li><li>Always-on altimeter</li><li>Water resistant<ul><li>*50 meters[1]*</li></ul></li><li>Blood oxygen sensor<ul><li>*(Blood Oxygen app)[2]*</li></ul></li><li>Electrical heart sensor<ul><li>*(ECG app)[3]*</li></ul></li><li>Third-generation optical heart sensor</li></ul><br>Source: https://support.apple.com/en-us/111909<br><br><br>Source: https://www.youtube.com/watch?v=EvGOlAkLSLw |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>Source: https://support.apple.com/en-us/120277 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>Apple states, for example, that<br>"How **Apple Watch measures your heart rate**<br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate." <br> (emphases added) *Available at*: https://support.apple.com/en-us/120277 <br><br> Apple states, for example, that "**Apple Watch requires an iPhone 6s or later with the latest iOS version.**" <br> (emphases added) *Available at*: https://support.apple.com/en-us/111909 <br><br> Apple states, for example, that <br> "**Set up Apple Watch and pair it with your iPhone** <br> To use your Apple Watch, you need to pair it with your iPhone. The setup assistants on your iPhone and Apple Watch work together to help you pair and set up your Apple Watch." <br> (emphases added) *Available at*: https://support.apple.com/es-us/guide/watch/apdde4d6f98e/watchos |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Step 1: Turn on and pair your Apple Watch**<br><br>1. Put your Apple Watch on your wrist. Adjust the band or choose a band that is a size up so your Apple Watch fits snugly but comfortably.<br><br>2. To turn on your Apple Watch, press and hold the side button until you see the Apple logo.<br><br>If your Apple Watch won't turn on, you may need to recharge the battery .<br><br>3. Place your iPhone near your Apple Watch, wait for the Apple Watch pairing screen to appear on your iPhone, then tap Continue.<br><br>You can also go to the Apple Watch app on your iPhone and tap Pair New Apple Watch.<br><br>4. Play For Me.<br><br>5. When prompted, position your iPhone so that your Apple Watch appears in the viewfinder in the Apple Watch app. This pairs the two devices.<br><br>Source: https://support.apple.com/es-us/guide/watch/apdde4d6f98e/watchos<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:**<br><br>Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br>  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos

For example, Apple provides an apparatus, Apple AirPods Pro (3rd generation) or later product, that operates with a smartphone or tablet. When a user wears the AirPods Pro (3rd generation), the earbuds use integrated hardware components, such as Apple's sensors, and communicate wirelessly with a connected Apple iphone/ipad.

Apple states, for example, that "Workout-Ready Performance
More people exercise with AirPods Pro than any other headphones in the world, and AirPods Pro 3 take workouts to the next level with Apple's smallest custom-built heart rate sensor and integrated workout experience. AirPods Pro 3 introduces a custom photoplethysmography (PPG) sensor that shines invisible infrared light pulsed at 256 times per second to measure light absorption in blood flow. Combined with sensor fusion from the AirPods Pro accelerometers, gyroscope, GPS, and a new on-device AI model on iPhone, users

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | can start up to 50 different workout types, track their heart rate and calories burned, close their Move ring, and earn awards in the Fitness app. With just AirPods Pro 3 and iPhone, users will also have access to Workout Buddy, a first-of-its-kind fitness experience powered by Apple Intelligence that incorporates a user's workout data and their fitness history to generate personalized, motivational insights during their session.[2]"<br><br>Source: https://www.apple.com/newsroom/2025/09/introducing-airpods-pro-3-the-ultimate-audio-experience/<br><br><br><br>Source: https://www.apple.com/airpods/compare/ |
| 7[a] a wearable device for measuring one or more physiological parameters, the wearable device adapted to be placed on a wrist or an ear of a user, including a | The Accused Optical System comprises **a wearable device for measuring one or more physiological parameters, the wearable device adapted to be placed on a wrist or an ear of a user, and includes a light source comprising a plurality of light emitting diodes configured to generate an output optical light having one or more optical wavelengths**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises the Apple Watch Series 7 ("**a wearable device**") for measuring heart rate and SpO2 ("**measuring one or more physiological parameters**"), where the Apple Watch Series 7 is ("**the wearable device**") worn on your wrist ("**adapted to be placed on a wrist of a user**"). The Apple Watch Series 7 comprises an array of light emitter apertures ("**a light source**") comprising green, red, and IR |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| light source comprising a plurality of light emitting diodes that are configured to generate an output optical light having one or more optical wavelengths; | (infrared) LEDs ("**a plurality of light emitting diodes**") that are operating at wavelengths of approximately 525, 660, and 850 nm ("**configured to generate an output optical light having one or more optical wavelengths**").<br><br><br><br>Source: https://www.youtube.com/watch?v=EvGOlAkLSLw |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Recommended fit**<br><br>Your Apple Watch should be snug but comfortable. For best results, the back of your Apple Watch needs skin contact for features like Wrist Detect, the Taptic Engine, and the electrical and optical heart sensors. To maximize skin contact with the sensors, wear your Apple Watch above the wrist bone (towards your elbow, not your hand).<br><br>Source: https://support.apple.com/en-us/118234<br><br>Apple states, for example, that<br>"How Apple Watch measures your heart rate<br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. **Apple Watch uses green LED lights** paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. **By flashing its LED** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **lights** hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br><br> The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV)." <br><br> (emphases added) *Available at*: https://support.apple.com/en-us/120277 <br><br> <br><br> Source: https://support.apple.com/en-us/120277 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | Apple states, for example, that "SpO2 Technology The Blood Oxygen feature on Apple Watch measures SpO2 using conventional pulse oximetry methods: **It shines red and near-infrared (IR) light** into blood-perfused tissue, detects and processes the reemitted light photo-signals into respective photoplethysmograms (PPGs) that track the heartbeat-induced pulsations, determines the red-to-IR modulation ratio, and translates this into units of % SpO2 through a predefined mapping relationship. Blood fully saturated with oxygen appears bright red and transitions to a darker brown color as oxygenation falls. The modulation ratio measured in pulse oximetry correlates with the color of the tissue's pulsing arterial blood and is thus used for determining SpO2 — an estimate of the blood's true oxygenation as measured from an arterial blood draw, also known as the SaO2 value. The Apple Watch back crystal includes an array of light emitter and detector apertures configured as a "reflectance" sensor; emitted light scatters through the perfused tissues beneath Apple Watch, with a portion of that light reemerging and striking photodetectors along the same surface. **The light sources** used by the Blood Oxygen app and shared with other health features on Apple Watch **comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively."** (emphases added) *Available at*: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
| --- | --- |
|  | <br>Source: https://www.youtube.com/watch?v=Cc0sqzubTBY |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | Source: https://www.youtube.com/watch?v=CHQxhuqgvaw |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>For the third-generation sensors, the mapping of the optical heart sensor (Series 6, 7, 8, 9, Ultra, and Ultra 2) emitter is: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <table><tr><td>Emitter index</td><td>LED arrangement</td></tr><tr><td>0</td><td>0, Infrared (850 nm)</td></tr><tr><td>1</td><td>1, Infrared (850 nm)</td></tr><tr><td>2</td><td>2, Infrared (850 nm)</td></tr><tr><td>3</td><td>3, Infrared (850 nm)</td></tr><tr><td>4</td><td>4, Infrared (940 nm)</td></tr><tr><td>5</td><td>5, Red (660 nm)</td></tr><tr><td>6</td><td>6, Red (660 nm)</td></tr><tr><td>7</td><td>7, Red (660 nm)</td></tr><tr><td>8</td><td>8, Red (660 nm)</td></tr><tr><td>9</td><td>9, Green (525 nm)</td></tr><tr><td>10</td><td>10, Green (525 nm)</td></tr><tr><td>11</td><td>11, Green (525 nm)</td></tr><tr><td>12</td><td>12, Green (525 nm)</td></tr></table><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br><br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones ("**wearable device**") measures heart rate ("**physiological parameters**") of the user and is worn on the ear ("**an ear**") of the user ("**a user**") and includes multiple LEDs ("**a light source**"), such as an infrared LED ("**light emitting diodes**"). These are configured to give light output ("**output optical light**") of certain wavelength ("**one or more optical wavelengths**"). Apple sold AirPods in pairs, and each accused earphone includes at least one light-emitting diode. Accordingly, a pair of AirPods comprises at least two **light-emitting diodes**. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | ## View your heart rate during workouts in Fitness or third-party apps<br><br>You can view your heart rate during workouts in the Fitness app on your iPhone, in Apple Fitness+ on your iPhone, iPad, or Apple TV device, or in third-party apps on your iPhone or iPad.<br><br>1. Wear your AirPods Pro 3, and make sure they're connected to your device.<br><br>Note: AirPods Pro 3 support heart rate monitoring when you're wearing just one of your AirPods.<br><br>2. Go to the Fitness app ⊙ or third-party workout app.<br><br>Note: If you choose to use a third-party workout app, you must give permission for the app to read heart rate data, and to read and record workouts. This step is only necessary the first time you use the app with Apple Health.<br><br>3. Start your workout in the Fitness app or a third-party app.<br><br>Your heart rate appears in the app as you work out.<br><br>If the heart rate appears as dashes or is dimmed, your AirPods Pro 3 are getting a poor reading. Check the fit of your AirPods Pro 3 and make sure they're connected, then try again.<br><br>4. To stop heart rate monitoring in the app, end your workout.<br><br>You can view heart rate data for your workout when you tap the session in the Summary tab of the Fitness app on your iPhone or in the third-party app on your iPhone or iPad.<br><br>(emphases added) Source: https://support.apple.com/en-gb/guide/airpods/dev1b40fb47d/web |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.apple.com/shop/buy-airpods/airpods-pro-3?fnode=46a7d28a105071c78086f422d3e5125cf2e4ad4853fd3cfcb35b755e9a3180474b31f36cf9f9bf851ba0cf9e3947005609ac8fa287942765dabdea1166ee76087dee4ecaaca9ac57ab6709d273dfc3354c53ce9d74f2813fbf184783d6c918c0 Source: https://www.apple.com/shop/buy-airpods/airpods-pro-3?fnode=46a7d28a105071c78086f422d3e5125cf2e4ad4853fd3cfcb35b755e9a3180474b31f36cf9f9bf851ba |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | 0cf9e3947005609ac8fa287942765dabdea1166ee76087dee4ecaaca9ac57ab6709d273dfc3354c53ce9d74f2813fbf184783d6c918c0<br><br>Apple states, for example, that "**AirPods Pro 3** Experience breathtaking sound quality with the world's best in-ear Active Noise Cancellation.Footnote[1] Built-in **heart rate sensing** lets you track your **heart rate** and **calories** burned during workouts.Footnote[2] And the Hearing Aid capability now features automatic Conversation Boost.Footnote[24]"<br><br>(emphases added) *available at* https://www.apple.com/shop/buy-airpods/airpods-pro-3?fnode=46a7d28a105071c78086f422d3e5125cf2e4ad4853fd3cfcb35b755e9a3180474b31f36cf9f9bf851ba0cf9e3947005609ac8fa287942765dabdea1166ee76087dee4ecaaca9ac57ab6709d273dfc3354c53ce9d74f2813fbf184783d6c918c0<br><br><br><br>**All-new heart rate sensing** helps you track your heart rate and calories burned during workouts.[3] Using LEDs that pulse invisible light 256 times per second — and sensor fusion from the accelerometers — AirPods Pro 3 give you incredibly accurate data for up to 50 different workout types in the Fitness app. And with a more secure in-ear fit, you can go all out and they won't come out.<br><br>Source: https://www.apple.com/airpods-pro/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "Workout-Ready Performance More people exercise with AirPods Pro than any other headphones in the world, and AirPods Pro 3 take workouts to the next level with Apple's smallest custom-built heart rate sensor and integrated workout experience. **AirPods Pro 3** introduce a custom photoplethysmography (PPG) sensor **that shines** invisible **infrared light** pulsed at 256 times per second to measure light absorption in **blood flow**. Combined with sensor fusion from the AirPods Pro accelerometers, gyroscope, GPS, and a new on-device AI model on iPhone, users can start up to 50 different workout types, track their heart rate and calories burned, close their Move ring, and earn awards in the Fitness app. With just **AirPods Pro 3** and iPhone, users will also have access to Workout Buddy, a first-of-its-kind fitness experience powered by Apple Intelligence that incorporates a user's workout data and their fitness history to generate personalized, motivational insights during their session.[2]" (emphases added) *available at* https://www.apple.com/newsroom/2025/09/introducing-airpods-pro-3-the-ultimate-audio-experience/ Apple's patent relating to Apple Airpods such as EP 3314907 B1 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | "[Claim 3] The audio device as recited in claim 2, wherein the light emitter comprises **a first light emitter** and **a second light emitter**, the first light emitter being configured to emit light **at a different frequency** than the second light emitter."<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/c8/1b/81/02166b6a539e67/EP3314907B1.pdf<br><br>"Like Apple Watch, **an earbud**-based PPG sensor would be comprised **of two light emitters** configured to output light **at different frequencies**, and two light detectors. To ensure a solid seal, Apple suggests a pliable retaining member be positioned on the opposite end of the PPG sensor to engage **the concha of the ear, or the depression opposite the ear canal**."<br><br>(emphases added) Source: https://appleinsider.com/articles/17/03/16/apple-inventions-again-point-to-work-on-health-tracking-airpods |
| 7[b] the wearable device comprising one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue; | The Accused Optical System comprises **the wearable device comprising one or more lenses configured to receive at least a portion of the output optical light and to deliver lens output light to the tissue**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises an Apple Watch Series 7 ("**the wearable device**", as detailed in claim element in 7 [a] above) where a Fresnel lens ("**one or more lenses**", ) is located between ("**configured to receive at least a portion of the"**) a window and light emitter (**"output optical light"**, as detailed in claim element in 7 [a] above) to shine light into blood-perfused tissue ("**to deliver a lens output light to tissue**"), as the smart watch is worn on the wrist and is in close contact with the skin. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  these four fresnel lenses<br><br>Source:<br>https://www.ifixit.com/Teardown/Apple+Watch+Series+7+Teardown/145524?srsltid=AfmBOopsM5k6RxHTHnbUemQ5TOLe2tQihx0hD2ptJqIffTyrBZCIPZMk |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <table><tr><td>10:57</td><td>these four</td></tr><tr><td>10:58</td><td>fresnel lenses</td></tr><tr><td>11:00</td><td>which are housing the leds underneath</td></tr><tr><td>11:02</td><td>which shine out the light for the heart</td></tr><tr><td>11:04</td><td>rate sensor yeah</td></tr></table> <table><tr><td>11:08</td><td>purpose here</td></tr><tr><td>11:09</td><td>is not only to direct the light out to</td></tr><tr><td>11:12</td><td>better optimize the light path but also</td></tr><tr><td>11:15</td><td>it's cosmetic so it obscures the</td></tr><tr><td>11:18</td><td>components underneath which really</td></tr></table><br><br>Source: https://www.youtube.com/watch?v=2lD2llGLJzk&t=679s<br><br>Apple states, for example, that "The Blood Oxygen feature on Apple Watch measures SpO2 using conventional pulse oximetry methods: **It shines red and near-infrared (IR) light into blood-perfused tissue,** detects and processes the reemitted light photo-signals into respective photoplethysmograms (PPGs) that track the heartbeat-induced pulsations, determines the red-to-IR modulation ratio, and translates this into units of % SpO2 through a predefined mapping relationship. Blood fully saturated with oxygen appears bright red and transitions to a darker brown color as oxygenation falls. The modulation ratio measured in pulse oximetry correlates with the color of the tissue's pulsing arterial blood and is thus used for determining SpO2 — an estimate of the blood's true oxygenation as measured from an arterial blood draw, also known as the SaO2 value."<br>(emphases added) *Available at*:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>Introduction<br>Recently, the technology is migrated to wearable devices such as wrist-worn smart watch or a wireless ear set. Among them, PPG sensor is a health sensor that measures the change in blood flow to be modulated by the heart rate. **When a separate light source (LED) is irradiated to the skin,** the light absorption by the blood vessel is changed in synchronization with the heart rate. A sensor measures, transmitted or reflected signal represented in Amplitude Modulation It has been used for a long time as a medical tool to measure |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | oxygen saturation (SpO2) in a patient's finger in an emergency status [1]. For the use of PPG sensors as various health care products, features of low power and smaller size are essentially required.<br><br><br>Figure 1. (a) Separated chip PPG sensor and (b) Single chip PPG sensor<br><br>(emphases added) Source:<br>https://library.imaging.org/admin/apis/public/api/ist/website/downloadArticle/ei/33/7/art00002<br><br><br>Source: https://www.mdpi.com/2079-9292/12/13/2923/pdf?version=1688377632<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 12072288B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | [10:63-65] "To obscure internal components, a lens such as a Fresnel lens 707 can be located between window 701 and light emitter 706, as shown in FIG. 7D. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://patentimages.storage.googleapis.com/83/6a/5d/eefb8f69675806/US12072288.pdf <br><br> **Apple's Other Products:** <br><br> **Apple Watch Series 6 or later:** <br><br> Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones ("**the wearable device**", as detailed in claim element 7[a] above) includes an IR window ("**lenses**") which receives the output light from the LEDs ("**output optical light**", as detailed in claim element 7[a] above) and deliver the light from LEDs ("**deliver a lens output light**") to the user's tissue ("**to tissue**"). |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://youtu.be/MOsjsjvzp2E?t=64<br><br><br><br>Source: https://youtu.be/MOsjsjvzp2E?t=64 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://www.apple.com/airpods-pro/<br><br>"How photoplethysmography technology works. The core technology behind heart monitoring in AirPods Pro 3 is photoplethysmography (PPG). Este optical method uses LEDs **to emit light into the skin** of the ear canal and a photodiode to measure the amount of light that is reflected or absorbed. Variations in the light captured directly correspond to changes in the volume of blood that pulses through the capillaries with each heartbeat."<br><br>(emphases added) Source: https://www.mixvale.com.br/2026/02/09/apple-airpods-pro-3-revolutionizes-health-monitoring-with-in-ear-heart-rate-sensor-en/<br><br>"Heart rate sensor. The AirPods Pro 3 has a new built-in heart rate sensor—and yes, it's pretty darn good. It works by **shining light into the skin inside your ear canal** and analyzing how that light reflects back—method called photoplethysmography (PPG)—to estimate your pulse." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://www.prevention.com/fitness/workout-clothes-gear/a69206531/apple-airpods-pro-3-review/ |
| 7[c] the wearable device further comprising a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal having a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source; | In the Accused Optical System, **the wearable device further comprises a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal with a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises an Apple Watch Series 7 ("**wearable device**", as detailed in claim element in 7 [a] above) that utilizes photoplethysmography (PPG) technology via a third-generation optical heart sensor ("**detection system**"). The light from the internal LEDs ("**light source**", as detailed in claim element in 7 [a] above) passes through a Fresnel lens ("**lens output light**", as detailed in claim element in 7 [b] above) into blood-perfused tissue ("**tissue**"). The photodetectors ("**detection system**") detect and process the reemitted light photo-signals into respective photoplethysmograms (PPGs) ("**output signal**") which typically exhibits a signal-to-noise ratio (SNR) ("**signal-to-noise ratio**"). In the PPG sensor ("**detection system**"), light absorption is changed in synchronization ("**synchronized**") when the separate light source (LED) ("**light source**", as detailed in claim element in 7 [a] above) is irradiated to the skin. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Features** <br> • GPS, GLONASS, Galileo, QZSS, and BeiDou <br> • Compass <br> • Always-on altimeter <br> • Water resistant <br>   ◦ *50 meters[1]* <br> • Blood oxygen sensor <br>   ◦ *(Blood Oxygen app)[2]* <br> • Electrical heart sensor <br>   ◦ *(ECG app)[3]* <br> • Third-generation optical heart sensor <br><br> Source: https://support.apple.com/en-us/111909 <br><br> <br><br> Source: https://www.ifixit.com/Teardown/Apple+Watch+Series+7+Teardown/145524?srsltid=AfmBOopsM5k6RxHTHnbUemQ5TOLe2tQihx0hD2ptJqIffTyrBZCIPZMk |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "The Blood Oxygen app on Apple Watch analyzes **signals generated by sensors** to provide estimates of the functional hemoglobin oxygen saturation of arterial blood using pulse oximetry technology. <br><br>… <br> The Blood Oxygen feature on Apple Watch measures SpO2 using conventional pulse oximetry methods: It shines red and near-infrared (IR) light into blood-perfused tissue, **detects and processes the reemitted light photo-signals into respective photoplethysmograms (PPGs) that track the heartbeat-induced pulsations,** determines the red-to-IR modulation ratio, and translates this into units of % SpO2 through a predefined mapping relationship. Blood fully saturated with oxygen appears bright red and transitions to a darker brown color as oxygenation falls. The modulation ratio measured in pulse oximetry correlates with the color of the tissue's pulsing arterial blood and is thus used for determining SpO2 — an estimate of the blood's true oxygenation as measured from an arterial blood draw, also known as the SaO2 value. <br><br>… <br> **The Apple Watch back crystal includes an array of light emitter and detector apertures configured as a "reflectance" sensor;** emitted light scatters through the perfused tissues beneath Apple Watch, with a portion of that light **reemerging and striking photodetectors** along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively." <br> (emphases added) *Available at*: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> Introduction <br> Recently, the technology is migrated to wearable devices such as wrist-worn smart watch or a wireless ear set. Among them, PPG sensor is a health sensor that measures the change in blood flow to be modulated by the heart rate. When a separate light source (LED) is irradiated to the skin, the light absorption by the blood vessel is changed in synchronization with the heart rate. **A sensor measures, transmitted or reflected signal** represented in Amplitude Modulation It has been used for a long time as a medical tool to measure oxygen saturation (SpO2) in a patient's finger in an emergency status [1]. For the use of PPG sensors as various health care products, features of low power and smaller size are essentially required. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |



Figure 1. (a) Separated chip PPG sensor and (b) Single chip PPG sensor

(emphases added) Source:
https://library.imaging.org/admin/apis/public/api/ist/website/downloadArticle/ei/33/7/art00002

Source: https://www.mdpi.com/2079-9292/12/13/2923/pdf?version=1688377632

The reflectance-type sensor used to measure **the PPG signal** on the wrist typically exhibits a lower **signal-to-noise ratio (SNR)** compared to the transmittance-type sensor used on the finger.
(emphases added) Source:
https://www.researchgate.net/publication/372129574_Photoplethysmography_in_Wearable_Devices_A_Co

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | mprehensive_Review_of_Technological_Advances_Current_Challenges_and_Future_Directions/fulltext/64a8ac2b95bbbe0c6e1e4985/Photoplethysmography-in-Wearable-Devices-A-Comprehensive-Review-of-Technological-Advances-Current-Challenges-and-Future-Directions.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 9848823B2 state the following:<br><br><br><br>[Fig 3.] |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>"[7:51-61] In some embodiments, data samples can be collected in a **synchronous or quasi-synchronous fashion** so that data samples for the various data streams are either coincident in time or can be interpolated to produce streams of time-coincident samples. For example, PPG sensor 402 **can be operated in a time-division multiplexed fashion such that, for each sampling interval, its light source is on for an first phase of the interval to collect one or more PPG samples** (corresponding to block 502) and off for a second phase of the interval to collect one or more dark-channel samples (corresponding to block 504)." (emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 10092197B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | US010092197B2 |

**(12) United States Patent**
Han

(10) Patent No.: **US 10,092,197 B2**
(45) Date of Patent: **Oct. 9, 2018**

(54) **REFLECTIVE SURFACES FOR PPG SIGNAL DETECTION**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventor: **Chin San Han**, Mountain View, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/470,834**

(22) Filed: **Aug. 27, 2014**

(65) **Prior Publication Data**

US 2016/0058309 A1     Mar. 3, 2016

(51) **Int. Cl.**
A61B 5/00     (2006.01)
A61B 5/024     (2006.01)
A61B 5/026     (2006.01)
A61B 5/0295     (2006.01)
A61B 5/1455     (2006.01)

(52) **U.S. Cl.**
CPC ........ *A61B 5/02427* (2013.01); *A61B 5/0013* (2013.01); *A61B 5/0261* (2013.01); *A61B 5/0295* (2013.01); *A61B 5/02438* (2013.01); *A61B 5/14551* (2013.01); *A61B 5/681* (2013.01); *A61B 5/6898* (2013.01); *A61B 5/7264* (2013.01); *A61B 2562/0233* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,483,261 A     1/1996   Yasutake
5,488,204 A     1/1996   Mead et al.
(Continued)

FOREIGN PATENT DOCUMENTS

JP     2000-163031 A     6/2000
JP     2002-342033 A     11/2002
(Continued)

OTHER PUBLICATIONS

International Search Report dated Nov. 6, 2015, for PCT Application No. PCT/US2015/042982, filed Jul. 30, 2015, five pages.
(Continued)

*Primary Examiner* — Tse Chen
*Assistant Examiner* — Joanne Hoffman
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57) **ABSTRACT**

Reflective surfaces for the apertures of PPG optical components in PPG systems is disclosed. In a PPG system or device, the addition of reflective surfaces around, under, or near the apertures of the optical components can enhance the amount of light received by the light detector. As a result, the measured PPG signal strength can be higher and more accurate compared to the same PPG device without reflective surfaces. The reflective surfaces can reflect and/or recycle light that is incident upon the reflective surfaces back into the skin for eventual capture of the light by the light detectors. In some examples, the reflective surfaces can be diffuse or specular reflectors and/or can be configured to selectively reflect one or more wavelengths of light. In some examples, the back crystal and/or component mounting plane of the PPG system can be made of the same material as the reflective surfaces.

**19 Claims, 23 Drawing Sheets**

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

FIG. 4F

[2:1-5] "FIGS. 4C-4F illustrate bar charts of measured modulated light, unmodulated light, perfusion index and **signal-to-noise ratio** of an exemplary device without ledges and an exemplary device with ledges according to examples of the disclosure."
(emphases added) Source:
https://patentimages.storage.googleapis.com/e2/8c/15/dfd9743852751e/US10092197.pdf

**Apple's Other Products:**

**Apple Watch Series 6 or later:**

Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones ("**the wearable device**", as detailed in claim element 7[a] above) includes heart rate sensor ("**a detection system**") which receives the light reflected ("**reflected**") from the user's tissue ("**the tissue**", as detailed in claim element 7[b] above). It generates a PPG signal corresponding to reflected light ("**output signal**") having a signal-to-noise ratio and noise terms in the output signal by optical heart sensor ("**signal-to-noise ratio**"). The detection system is synchronized ("**be synchronized**") to the light source ("**the light source**", as detailed in claim element 7[a] above).<br><br>"A notable addition in the AirPods Pro 3 is the photoplethysmography (PPG) sensor on the outer surface of the earbud, which detects changes in blood flow to estimate heart rate. The system uses an infrared LED to illuminate blood vessels and a photodetector to measure the reflected light, allowing it to infer blood-flow |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | patterns. In the CT scan, the LED can be identified by the wirebond connected to its semiconductor die, with **the photodetector** positioned below it, together forming a reflective optical sensing path." <br><br> (emphases added) Source: https://www.lumafield.com/first-article/posts/ct-teardown-airpods-pro-3rd-generation |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  A new blood-flow sensor integrates an infrared LED and photodetector on the outer surface of the earbud, enabling reflective optical measurements for future health-tracking features. |

Source: https://www.lumafield.com/first-article/posts/ct-teardown-airpods-pro-3rd-generation

"How photoplethysmography technology works. The core technology behind heart monitoring in **AirPods Pro 3** is photoplethysmography (PPG). Este optical method uses LEDs to **emit light** into the **skin of the ear canal** and **a photodiode** to measure **the amount of light that is reflected or absorbed**. Variations in the

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | light captured directly correspond to changes in the volume of blood that pulses through the capillaries with each heartbeat." <br><br> (emphases added) Source: https://www.mixvale.com.br/2026/02/09/apple-airpods-pro-3-revolutionizes-health-monitoring-with-in-ear-heart-rate-sensor-en/ <br><br> "**Heart rate sensor.** The AirPods Pro 3 has a new **built-in heart rate sensor**—and yes, it's pretty darn good. It works by **shining light into the skin inside your ear canal** and **analyzing how that light reflects back**—method called photoplethysmography (PPG)—to estimate your pulse." <br><br> (emphases added) Source: https://www.prevention.com/fitness/workout-clothes-gear/a69206531/apple-airpods-pro-3-review/ <br><br> Apple states, for example, that "Workout-Ready Performance More people exercise with AirPods Pro than any other headphones in the world, and AirPods Pro 3 take workouts to the next level with Apple's smallest custom-built heart rate sensor and integrated workout experience. **AirPods Pro 3** introduce a custom photoplethysmography (PPG) sensor that shines invisible infrared light pulsed at 256 times per second to measure light absorption in blood flow. Combined with sensor fusion from the AirPods Pro accelerometers, gyroscope, GPS, and a new on-device AI model on iPhone, users can start up to 50 different workout types, track their heart rate and calories burned, close their Move ring, and earn awards in the Fitness app. With just AirPods Pro 3 and iPhone, users will also have access to Workout Buddy, a first-of-its-kind fitness experience powered by Apple Intelligence that incorporates a user's workout data and their fitness history to generate personalized, motivational insights during their session.[2]" <br><br> (emphases added) *available at* https://www.apple.com/newsroom/2025/09/introducing-airpods-pro-3-the-ultimate-audio-experience/ <br><br> "In the review paper, various wearable form factors, such as rings and **earphones**, as well as wrist-worn devices, were discussed, and motion noise cancellation methods were carefully reviewed." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | "The reflectance-type sensor used to measure **the PPG signal** on the wrist typically exhibits a lower **signal-to-noise ratio (SNR)** compared to the transmittance-type sensor used on the finger"<br><br>(emphases added) Source: https://www.researchgate.net/publication/372129574_Photoplethysmography_in_Wearable_Devices_A_Comprehensive_Review_of_Technological_Advances_Current_Challenges_and_Future_Directions/fulltext/64a8ac2b95bbbe0c6e1e4985/Photoplethysmography-in-Wearable-Devices-A-Comprehensive-Review-of-Technological-Advances-Current-Challenges-and-Future-Directions.pdf<br><br>Apple's patent relating to Apple AirPods such as EP 3314907 B1 state the following:<br><br><br><br>"[0018] Wearable devices that can be configured with a biometric sensor include a **set of earphones** and an individual earbud. Because the earbud portion of the earphones sits at least partially within the ear canal of a user during use, an exterior surface of the earbud generally contacts various portions of the ear to help keep it positioned within the ear of a user. One exemplary type of biometric sensor that can be used **to record** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **biometric parameters** of a user is a photoplethysmogram (PPG) sensor that measures biometric parameters by shining light and then measuring the **reflectivity of that light off the skin**." <br><br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/c8/1b/81/02166b6a539e67/EP3314907B1.pdf <br><br> Apple's publications relating to Apple fitness devices such as U.S. Pub. No. US9848823B2 state the following: <br><br> <br><br> "[7:51-61] In some embodiments, data samples can be collected in a **synchronous or quasi-synchronous fashion** so that data samples for the various data streams are either coincident in time or can be interpolated to produce streams of time-coincident samples. For example, PPG sensor 402 can be operated in a time-division multiplexed fashion such that, for each sampling interval, **its light source** is on for an first phase of the interval to collect one or more PPG samples (corresponding to block 502) and off for a second phase of the interval to collect one or more dark-channel samples (corresponding to block 504)." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf |
| 7[d] wherein the detection system comprises a plurality of detectors that are spatially separated from each other, and wherein at least one analog to digital converter is coupled to at least one of the spatially separated detectors; | In the Accused Optical System, **the detection system comprises a plurality of detectors that are spatially separated from each other, and at least one analog to digital converter is coupled to at least one of the spatially separated detectors**, literally or under the doctrine of equivalents. <br><br> For example, in the Accused smart watch, the optical heart sensor ("**detection system**", as detailed in claim element in 7 [c] above) includes multiple photodiodes ("**plurality of detectors**") that are spatially separated from each other. Furthermore, the block diagram of the smart watch shows analog-to-digital converters (ADCs) ("**at least one analog to digital converter**") coupled to the light sensor ("**at least one of the spatially separated detectors**"), where the light sensor can be a photodiode. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.ifixit.com/Teardown/Apple+Watch+Series+7+Teardown/145524?srsltid=AfmBOopsM5k6RxHTHnbUemQ5TOLe2tQihx0hD2ptJqIffTyrBZCIPZMk |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://support.apple.com/en-us/120277<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 10758133B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>…<br>[2:42-46] "As illustrated in FIG. 1, the block diagram can include a light emitter 102, **light sensor 104, analog-to-digital converters (ADCs) 105 a and 105 b,** accelerometer 106, processor 108 and input/output (I/O) unit 110."<br>…<br>[3:11-12] "In some examples, a light emitter can be a light emitting diode (LED) and **a light sensor can be a photodiode.**"<br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/7a/42/69/83681be1e4d40c/US10758133.pdf<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br><br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones include the right and the left earphones with a heart rate sensor ("**the detection system**", as detailed in claim element 7[c] above) having plurality of light detector/infrared sensor ("**plurality of detectors**"). These infrared sensor are on distinct points in the earphones ("**spatially separated from each other**") and analog-to-digital converter is connected to the infrared sensor ("**analog to digital converter**"). Apple sold AirPods in pairs, and each accused earphone includes at least one light-emitting diode. Accordingly, a pair of AirPods comprises at least **two detectors** that are **spatially separated**. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | ## View your heart rate during workouts in Fitness or third-party apps<br><br>You can view your heart rate during workouts in the Fitness app on your iPhone, in Apple Fitness+ on your iPhone, iPad, or Apple TV device, or in third-party apps on your iPhone or iPad.<br><br>1. Wear your AirPods Pro 3, and make sure they're connected to your device.<br><br>   *Note:* AirPods Pro 3 support heart rate monitoring when you're wearing just one of your AirPods.<br><br>2. Go to the Fitness app ◉ or third-party workout app.<br><br>   *Note:* If you choose to use a third-party workout app, you must give permission for the app to read heart rate data, and to read and record workouts. This step is only necessary the first time you use the app with Apple Health.<br><br>3. Start your workout in the Fitness app or a third-party app.<br><br>   Your heart rate appears in the app as you work out.<br><br>   If the heart rate appears as dashes or is dimmed, your AirPods Pro 3 are getting a poor reading. Check the fit of your AirPods Pro 3 and make sure they're connected, then try again.<br><br>4. To stop heart rate monitoring in the app, end your workout.<br><br>   You can view heart rate data for your workout when you tap the session in the Summary tab of the Fitness app on your iPhone or in the third-party app on your iPhone or iPad.<br><br>(emphases added) Source: https://support.apple.com/en-gb/guide/airpods/dev1b40fb47d/web |

Ex. K                                          66                          '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.apple.com/shop/buy-airpods/airpods-pro-3?fnode=46a7d28a105071c78086f422d3e5125cf2e4ad4853fd3cfcb35b755e9a3180474b31f36cf9f9bf851ba0cf9e3947005609ac8fa287942765dabdea1166ee76087dee4ecaaca9ac57ab6709d273dfc3354c53ce9d74f2813fbf184783d6c918c0 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

Source: https://youtu.be/H3KnMyojEQU?t=609

A new blood-flow sensor integrates an infrared LED and photodetector on the outer surface of the earbud, enabling reflective optical measurements for future health-tracking features.

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.lumafield.com/first-article/posts/ct-teardown-airpods-pro-3rd-generation<br><br>"Like Apple Watch, an earbud-based **PPG sensor** would be comprised of two light emitters configured to output light at different frequencies, and **two light detectors**. To ensure a solid seal, Apple suggests a pliable retaining member be positioned on the opposite end of the **PPG sensor** to engage the concha of the ear, or the depression opposite the ear canal."<br><br>Source: https://appleinsider.com/articles/17/03/16/apple-inventions-again-point-to-work-on-health-tracking-airpods<br><br><br>Apple's publications relating to Apple fitness devices such as U.S. Pub. No. US10758133 state the following:<br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | "[2:42-46] As illustrated in FIG. 1, the block diagram can include a light emitter 102, **light sensor 104, analog-to-digital converters (ADCs) 105 a and 105 b,** accelerometer 106, processor 108 and input/output (I/O) unit 110." <br><br> "[3:12-13] In some examples, a light emitter can be a light emitting diode (LED) and **a light sensor can be a photodiode**." <br><br> (emphases added) Source: https://patentimages.storage.googleapis.com/7a/42/69/83681be1e4d40c/US10758133.pdf, |
| 7[e] wherein the output signal is indicative of one or more of the physiological parameters; | In the Accused Optical System, **the output signal is indicative of one or more physiological parameters**, literally or under the doctrine of equivalents. <br><br> For example, in the Accused Smart Watch, the PPG sensor signals ("**output signal**", as detailed in claim element in 7 [c] above) produce a "direct" estimate of ("**is indicative of**") heart rate and functional hemoglobin oxygen saturation ("**one or more of the physiological parameters**"). <br><br> Apple states, for example, that "The Blood Oxygen feature on Apple Watch measures SpO2 using conventional pulse oximetry methods: It shines red and near-infrared (IR) light into blood-perfused tissue, **detects and processes the reemitted light photo-signals into respective photoplethysmograms (PPGs) that track the heartbeat-induced pulsations,** determines the red-to-IR modulation ratio, and translates this into units of % SpO2 through a predefined mapping relationship. Blood fully saturated with oxygen appears bright red and transitions to a darker brown color as oxygenation falls. The modulation ratio measured in pulse oximetry correlates with the color of the tissue's pulsing arterial blood and is thus used for determining SpO2 — an estimate of the blood's true oxygenation as measured from an arterial blood draw, also known as the SaO2 value." <br> (emphases added) *Available at*: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> Apple states, for example, that "The Blood Oxygen app on Apple Watch analyzes **signals generated by sensors to provide estimates of the functional hemoglobin oxygen saturation of arterial blood using** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **pulse oximetry technology.** As public awareness of blood oxygen has increased, so too has demand for pulse oximeters, which has elevated the importance of describing device accuracy and how blood oxygen is determined." <br><br> (emphases added) *Available at*: <br><br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> Vitals app featuring heart rate, respiratory rate, blood oxygen, and sleep duration[4] <br><br> Source: https://www.apple.com/watch/compare/?modelList=watch-series-7,watch-series-10,watch-series-8 <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 9848823B2 state the following: |

## U.S. Patent No. 11,564,577 (the "'577 Patent")
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>[7:33-36] "FIG. 5 is a flow diagram of a process 500 that can be implemented, e.g., in direct estimator module 410 of processing unit 406 according to an embodiment of the present invention."<br><br>[7:36-37] "Process 500 uses **PPG sensor signals** and other signals to produce **a "direct" estimate of the user's heart rate.**"<br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation."<br><br>Source:<br><br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones measures the light i.e. PPG signal ("**output signal**", as detailed in claim element 7[c] above) and this is used for measuring vitals like heart rate and blood flow ("**physiological parameters**", as detailed in claim element 7[a] above).<br><br>Apple states, for example, that "Workout-Ready Performance More people exercise with AirPods Pro than any other headphones in the world, and AirPods Pro 3 take workouts to the next level with Apple's smallest custom-built heart rate sensor and integrated workout experience. AirPods Pro 3 introduce a custom **photoplethysmography (PPG)** sensor that shines invisible infrared light pulsed at 256 times per second **to measure light absorption** in **blood flow**. Combined with sensor fusion from the AirPods Pro accelerometers, gyroscope, GPS, and a new on-device AI model on iPhone, users can start up to 50 different workout types, track their heart rate and calories burned, close their |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Move ring, and earn awards in the Fitness app. With just AirPods Pro 3 and iPhone, users will also have access to Workout Buddy, a first-of-its-kind fitness experience powered by Apple Intelligence that incorporates a user's workout data and their fitness history to generate personalized, motivational insights during their session.2"<br><br>(emphases added) *available at* https://www.apple.com/newsroom/2025/09/introducing-airpods-pro-3-the-ultimate-audio-experience/<br><br>"The core technology behind heart monitoring in AirPods Pro 3 is **photoplethysmography (PPG).** Este optical method uses LEDs to emit light into the skin of the ear canal and a photodiode to measure the amount of light that is reflected or absorbed. Variations in **the light captured directly** correspond to changes **in the volume of blood** that pulses through the capillaries with each heartbeat."<br><br>(emphases added) Source: https://www.prevention.com/fitness/workout-clothes-gear/a69206531/apple-airpods-pro-3-review/<br><br>"How photoplethysmography technology works. The core technology behind heart monitoring in AirPods Pro 3 is photoplethysmography (PPG). Este optical method uses LEDs to emit light into the skin of the ear canal and a photodiode to measure the amount of light that is reflected or absorbed. Variations in **the light captured** directly correspond to changes in **the volume of blood** that pulses through the capillaries with each heartbeat."<br><br>(emphases added) Source: https://www.mixvale.com.br/2026/02/09/apple-airpods-pro-3-revolutionizes-health-monitoring-with-in-ear-heart-rate-sensor-en/ |
| 7[f] the wearable device configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the plurality | In the Accused Optical System, **the wearable device** is **configured to increase the signal-to-noise ratio by increasing the light intensity of at least one of the plurality of light emitting diodes from an initial light intensity**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises an Apple Watch Series 7 ("**wearable device**", as detailed in claim element in 7 [a] above) that includes an optical heart sensor (third-generation optical heart sensor). The optical heart sensor controls the light source containing the LEDs, by regulating the LED brightness ("**light** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| of light emitting diodes from an initial light intensity; and | **intensity**") of the LEDs. The light source generates light with a specific LED brightness ("**light intensity**"), which is directed at the skin and underlying tissue. The light is then reflected back to the optical sensor. The optical heart sensor processes the reflected light to generate PPG signals. When the signal levels are low (e.g., when the PPG signals have low "signal-to-noise ratio" or SNR), the optical heart sensor configures the light source to increase the LED brightness ("**by increasing light intensity of at least one of the plurality of light emitting diodes from an initial light intensity**"), so as to compensate ("**increase the**") for the low signal levels ("**signal-to-noise ratio**",  as detailed in claim element in 7 [c] above) <br><br> <br> **Apple Watch Series 7 - Technical Specifications** <br><br> Source: https://support.apple.com/en-us/111909 <br><br> Apple states, for example, that "**The Apple Watch** back crystal includes an array of light emitter and detector apertures configured as a "reflectance" sensor; emitted light scatters through the perfused tissues beneath Apple Watch, with a portion of that light reemerging and striking photodetectors along the same surface. The |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively. (emphases added) *Available at*: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>The Blood Oxygen app on **Apple Watch analyzes signals generated by sensors** to provide estimates of the functional hemoglobin oxygen saturation of arterial blood using pulse oximetry technology." (emphases added) *Available at*: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>Apple states, for example, that "The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. **In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness** and sampling rate." (emphases added) *Available at*: https://support.apple.com/en-us/120277<br><br>Apple states, for example, that "Subject pools included a wide range of skin types and tones to ensure that the sensor platform can accommodate the full range of users and maintain accuracy. At the wavelengths that Apple Watch uses, melanin is a strong light absorber — particularly in the green and red part of the spectrum — potentially making PPG measurements more difficult in users with darker skin tones. To account for this, **the Apple Watch sensing platform senses the amount of detected light signals, and it automatically adjusts the LED current (and hence the light output),** photodiode gain (sensitivity to light), and sampling rate **to ensure adequate signal resolution across the range of human skin tones.**" (emphases added) *Available at*: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:**<br><br>Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation."<br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
| --- | --- |
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos

For example, the Accused earphones ("**wearable device**", as detailed in claim element 7[a] above) can automatically adjust brightness/current ("**initial light intensity**") to increased brightness/current ("**increasing light intensity**") of the LEDs ("**light emitting diodes**", as detailed in claim element 7[a] above) to increase signal to noise ratio ("**the signal-to-noise ratio**", as detailed in claim element 7[c] above).

On information and belief, the optical heart sensor in the Accused earphones operates similarly to the optical heart sensor in the Apple Watch.

Apple states, for example, that "The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its **LED** lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to **compensate for low signal levels by increasing both LED brightness and sampling rate**." <br><br> (emphases added) *available at* https://support.apple.com/en-us/120277 <br><br> Apple states, for example, that "Skin variability Making sure that Apple Watch performs well for all users, across the full global range of skin types and tones, significantly influenced hardware design and validation. Melanin strongly absorbs light at the wavelengths used by the Apple Watch optical sensor — particularly in the green part of the spectrum — potentially making PPG measurements more challenging for users with darker skin tones. To account for this, the Apple Watch sensing platform **automatically adjusts the LED current (and hence the light output), photodiode gain (sensitivity to light), and sampling rate to achieve adequate signal resolution** across the full global range of human skin tones. Permanent or temporary changes to skin, such as tattoos, can impact heart sensor performance. The ink, pattern, and saturation of some tattoos can block light from the sensor, making it difficult to get reliable readings." <br><br> (emphases added) *available at* https://www.apple.com/health/pdf/Heart_Rate_Calorimetry_Activity_on_Apple_Watch_November_2024.pdf |
| 7[g] the detection system further configured to: generate a first signal responsive to light received while the light emitting diodes are off, | In the Accused Optical System, **the detection system** is **further configured to generate a first signal responsive to light received while the light emitting diodes are off** and **generate a second signal responsive to light received while at least one of the light emitting diodes is on,** literally or under the doctrine of equivalents. <br><br> For example, the Accused System comprises an Apple Watch Series 7 that includes the optical heart sensor ("**the detection system**", as detailed in claim element in 7 [c] above), which performs computation on noise in the PPG samples. Ambient light is an example of noise present in PPG samples. Therefore, the optical heart |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| 7[h] generate a second signal responsive to light received while at least one of the light emitting diodes is on, and | sensor identifies noise (e.g., ambient light). This suggests that the optical heart sensor includes an ambient light cancellation block (ALC block) which identifies noise and cancels it. This process is done in two phases, where two signals are generated—one when the light emitting diodes are off, and another when at least one light emitting diode is on. The first phase ("**the light emitting diodes are off**") - when the LEDs (the semiconductor sources) are off, the photodiode captures the light from the environment (e.g., sunlight, room lighting), which is used as a reference for ambient light cancellation. The second phase ("**the light emitting diodes is on**") - when the LEDs are turned on, the photodiode captures light that reflects from the tissue (such as blood flow under the skin), providing the biometric data (e.g., heart rate, SpO2). The process of ambient light cancellation or dark channel subtraction is described in two phases: one when PPG samples are collected (when the LEDs or "semiconductor sources" are ON) and the other when dark channel samples are collected (when the LEDs or "semiconductor sources" are OFF).<br><br>Apple Watch Series 7<br><br>**Sensors**<br><br>Electrical heart sensor<br><br>Third-generation optical heart sensor<br><br>Ambient light sensor<br><br>Source: https://www.apple.com/watch/compare/?modelList=watch-series-7,watch-series-10,watch-series-8<br><br>Class<br><br>**SRPhotoplethysmogramOpticalSample**<br><br>A data sample from the photoplethysmogram (PPG) optical sensor. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | ```
var conditions: [SRPhotoplethysmogramOpticalSample.Condition]
    The sensor context or conditions that may affect the sample.

struct SRPhotoplethysmogramOpticalSample.Condition
    The conditions that may occur when recording photoplethysmogram optical data.

var noiseTerms: SRPhotoplethysmogramOpticalSample.NoiseTerms?
    The mathematical terms for computing the noise in this sample.

struct SRPhotoplethysmogramOpticalSample.NoiseTerms
    The mathematical terms that you use to compute the photoplethysmogram (PPG) noise.

var normalizedReflectance: Double?
    The normalized photoplethysmogram (PPG) waveform.
``` <br><br> Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 9848823B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>FIG. 5<br><br>[4:45-58] "**PPG sensor** 300 can include a light source (e.g., a conventional LED) 302 oriented to direct light onto a region of user's skin 304 and an optical sensor 306 (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can receive light-level signals from PD 306 while LED 302 is either on or off. **Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **based on the light levels sensed by PD 306 while LED 302 is off.** As described below, the dark channel signal can be used for noise filtering." <br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf <br><br> **Apple's Other Products:** <br><br> **Apple Watch Series 6 or later:** <br><br> Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
| --- | --- |
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones includes heart rate sensor ("**the detection system**", as detailed in claim element 7[c] above) which generates a PPG signal for the reflected light ("**a second signal**") when LEDs ("**light emitting diodes**", as detailed in claim element 1[a] above), are turned on ("**is on**") and a Dark signal ("**a first signal**") when **LEDs** are off ("**off**").<br><br>Apple's publications relating to Apple fitness devices such as U.S. Pub. No. US9848823B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>FIG. 5<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>"[4:45-64] PPG sensor 300 can include a light source (e.g., a conventional LED) 302 oriented to direct light onto a region of user's skin 304 and an **optical sensor 306** (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can receive light-level signals from PD 306 while LED 302 is either on or off. **Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal based on the light levels sensed by PD 306 while LED 302 if off.** As described below, the dark channel |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | signal can be used for noise filtering. In some embodiments, control logic 308 can sample the light level sensed by PD 306 at regular intervals and provide the samples as outputs, e.g., in digital form. **Dark channel and PPG signal samples** can be provided separately, either via physically separate data paths or multiplexed onto a single path in a manner that allows the two sample types to be distinguished"<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>**Table 5**<br>Summarized influencing parameters, impact and mitigation technique; re.<br><br>| Influencing parameter | Impact | Mitigation technique |<br>|---|---|---|<br>| Skin tone | Decrease signal intensity | PPG wavelength selection |<br>| Obesity/BMI | Decrease signal intensity, modified PPG waveform | Not found in literature |<br>| Age | Change in signal intensity, modified PPG waveform | Calibration |<br>| Gender | Change in signal intensity | Calibration |<br>| Respiratory rate | Modified PPG waveform | High pass filter |<br>| Venous Pulsation | Modified PPG waveform | High pass filter/contact pressure |<br>| Local body temperature | Change in signal intensity | Calibration |<br>| Body site | Change in signal intensity, modified PPG waveform | Calibration |<br>| Motion artifacts | Change in SNR | Filters and secondary sensors |<br>| Ambient light | Change in SNR | Optical shielding and selective filters |<br>| Contact pressure | Change in SNR, modified PPG waveform | Apply optimal pressure for high SNR |<br><br>Source:<br>https://www.sciencedirect.com/science/article/pii/S0263224123007145/pdfft?md5=65a2bb5a7a3c47c6ec924ea7d1fe9107&pid=1-s2.0-S0263224123007145-main.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |
| 7[i] increase the signal-to-noise ratio by comparing the first signal and the second signal; | The Accused Optical System **increases the signal-to-noise ratio by comparing the first signal and the second signal,** literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises an Apple Watch Series 7 that includes the optical heart sensor computes noise (e.g. ambient light) in the PPG samples, and, for example, cancels them. Ambient light is considered as noise in PPG sensors. Therefore the presence of ambient light decreases the SNR of PPG sensors. Ambient light cancellation is performed to cancel out the ambient light noise, thereby increasing the SNR. The PPG sensor of the Apple Watch Series 7 performs ambient light cancellation, to increase the SNR ("**increase the signal-to-noise ratio**", as detailed in claim element in 7 [f] above), by comparing ("**by comparing**") the measured signal when the LED sources are off ("**first signal**") and the measured signal when the LED sources are on ("**second signal**", as detailed in claim element in 7 [h] above). The optical heart sensor of the Apple Watch Series 7 performs dark channel subtraction (or ambient light cancellation) by comparing the dark channel samples ("**first signal**", as detailed in claim element in 7 [g] above) and the PPG samples ("**second signal**", as detailed in claim element in 7 [h] above).<br><br>```\nvar conditions: [SRPhotoplethysmogramOpticalSample.Condition]\n    The sensor context or conditions that may affect the sample.\n\nstruct SRPhotoplethysmogramOpticalSample.Condition\n    The conditions that may occur when recording photoplethysmogram optical data.\n\nvar noiseTerms: SRPhotoplethysmogramOpticalSample.NoiseTerms?\n    The mathematical terms for computing the noise in this sample.\n\nstruct SRPhotoplethysmogramOpticalSample.NoiseTerms\n    The mathematical terms that you use to compute the photoplethysmogram (PPG) noise.\n\nvar normalizedReflectance: Double?\n    The normalized photoplethysmogram (PPG) waveform.\n```<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Table 5** Summarized influencing parameters, impact and mitigation technique; re. <br><br> | Influencing parameter | Impact | Mitigation technique | <br> | Skin tone | Decrease signal intensity | PPG wavelength selection | <br> | Obesity/BMI | Decrease signal intensity, modified PPG waveform | Not found in literature | <br> | Age | Change in signal intensity, modified PPG waveform | Calibration | <br> | Gender | Change in signal intensity | Calibration | <br> | Respiratory rate | Modified PPG waveform | High pass filter | <br> | Venous Pulsation | Modified PPG waveform | High pass filter/contact pressure | <br> | Local body temperature | Change in signal intensity | Calibration | <br> | Body site | Change in signal intensity, modified PPG waveform | Calibration | <br> | Motion artifacts | Change in SNR | Filters and secondary sensors | <br> | Ambient light | Change in SNR | Optical shielding and selective filters | <br> | Contact pressure | Change in SNR, modified PPG waveform | Apply optimal pressure for high SNR | <br><br> Source: https://www.sciencedirect.com/science/article/pii/S0263224123007145/pdfft?md5=65a2bb5a7a3c47c6ec924ea7d1fe9107&pid=1-s2.0-S0263224123007145-main.pdf <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 9848823B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **United States Patent** (10) Patent No.: US 9,848,823 B2 Raghuram et al. (45) Date of Patent: Dec. 26, 2017 |

(Patent first page reproduction)

US009848823B2

(12) **United States Patent** (10) Patent No.: **US 9,848,823 B2**
Raghuram et al. (45) Date of Patent: **Dec. 26, 2017**

(54) **CONTEXT-AWARE HEART RATE ESTIMATION**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Karthik Jayaraman Raghuram**, Santa Clara, CA (US); **James M. Silva**, San Jose, CA (US); **Alexander Kanaris**, San Jose, CA (US); **Barker N. Bhaskaran**, Kerala (IN)

(73) Assignee: **APPLE INC.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 123 days.

(21) Appl. No.: **14/812,870**

(22) Filed: **Jul. 29, 2015**

(65) **Prior Publication Data**
US 2016/0058367 A1     Mar. 3, 2016

**Related U.S. Application Data**

(60) Provisional application No. 62/044,884, filed on Sep. 2, 2014.

(51) Int. Cl.
*A61B 5/02* (2006.01)
*A61B 5/00* (2006.01)
(Continued)

(52) U.S. Cl.
CPC ............ *A61B 5/486* (2013.01); *A61B 5/0205* (2013.01); *A61B 5/1118* (2013.01); *A61B 5/681* (2013.01); *A61B 5/721* (2013.01); *A61B 5/7246* (2013.01); *A61B 5/7278* (2013.01); *A61B 5/02438* (2013.01)

(58) **Field of Classification Search**
CPC . A61B 5/0205; A61B 5/02438; A61B 5/1118; A61B 5/486; A61B 5/681; A61B 5/721; A61B 5/7246; A61B 5/7278
See application file for complete search history.

(56) **References Cited**
U.S. PATENT DOCUMENTS

2014/0121543 A1* 5/2014 Chan ................... A61B 5/0006 600/483
2014/0275854 A1* 9/2014 Venkatraman ......... A61B 5/721 600/301
(Continued)

OTHER PUBLICATIONS

Comtois, Gary W., "Implementation of Accelerometer—Based Adaptive Noise Cancellation in a Wireless Wearable Pulse Oximeter Platform for Remote Physiological Monitoring and Triage." A Thesis submitted to the faculty of Worcester Polytechnic Institute. Aug. 31, 2007. 149 pages.
(Continued)

*Primary Examiner* — George Manuel
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton, LLP

(57) **ABSTRACT**
A device can estimate the heart rate of an active user by using a physiological model to refine a "direct" measurement of the user's heart rate obtained using a pulse sensor. The physiological model can be based on heart rate response to activity and can be informed by context information, such as the user's current activity and/or intensity level as well as user-specific parameters such as age, gender, general fitness level, previous heart rate measurements, etc. The physiological model can be used to predict a heart rate, and the prediction can be used to assess or improve the direct measurement.

**19 Claims, 9 Drawing Sheets**

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  FIG. 5 <br><br> [4:45-64] "**PPG sensor** 300 can include a light source (e.g., a conventional LED) 302 oriented to direct light onto a region of user's skin 304 and an optical sensor 306 (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can receive light-level signals from PD 306 while LED 302 is either on or off. **Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal based on the light levels sensed by PD 306 while LED 302 is off.** As described below, **the dark channel** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **signal can be used for noise filtering.** In some embodiments, control logic 308 can sample the light level sensed by PD 306 at regular intervals and provide the samples as outputs, e.g., in digital form. **Dark channel and PPG signal samples** can be provided separately, either via physically separate data paths or multiplexed onto a single path in a manner that allows the two sample types to be distinguished." <br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf <br><br> **Apple's Other Products:** <br><br> **Apple Watch Series 6 or later:** <br><br> Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos<br><br>For example, the Accused earphones includes heart rate sensor ("**the detection system**", as detailed in claim element 7[c] above) which generates a PPG signal for the reflected light ("**a second signal**") when LEDs ("**light emitting diodes**", as detailed in claim element 1[a] above), are turned on ("**is on**") and a Dark signal ("**a first signal**") when **LEDs** are off ("**off**"), comparison ("**comparing**") of these signals are done to remove noise from the signal increasing its SNR ("**signal-to-noise ratio**", as detailed in claim element 7[c] above).<br><br>Apple's publications relating to Apple fitness devices such as U.S. Pub. No. US9848823B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>(emphases added) Source: https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf<br><br>"[4:45-64] PPG sensor 300 can include a light source (e.g., a conventional LED) 302 oriented to direct light onto a region of user's skin 304 and an **optical sensor 306** (e.g., a conventional photodiode (PD)) oriented to detect light reflected from skin 304. Control logic 308 can be connected to LED 302 and PD 306. In operation, control logic 308 can provide a control signal to selectively turn on or off LED 302. Control logic 308 can receive light-level signals from PD 306 while LED 302 is either on or off. **Control logic 308 can provide a PPG signal based on the light levels sensed by PD 306 while LED 302 is on and a "dark channel" signal based on the light levels sensed by PD 306 while LED 302 if off.** As described below, **the dark channel** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | signal **can be used for noise filtering**. In some embodiments, control logic 308 can sample the light level sensed by PD 306 at regular intervals and provide the samples as outputs, e.g., in digital form. **Dark channel and PPG signal samples** can be provided separately, either via physically separate data paths or multiplexed onto a single path in a manner that allows the two sample types to be distinguished" <br><br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/12/0b/ae/a20663a88e6222/US9848823.pdf <br><br> **Table 5** <br> Summarized influencing parameters, impact and mitigation technique; re. <br><br> _(see table below)_ <br><br> Source: <br> https://www.sciencedirect.com/science/article/pii/S0263224123007145/pdfft?md5=65a2bb5a7a3c47c6ec92 4ea7d1fe9107&pid=1-s2.0-S0263224123007145-main.pdf |

Table 5 content:

| Influencing parameter | Impact | Mitigation technique |
|---|---|---|
| Skin tone | Decrease signal intensity | PPG wavelength selection |
| Obesity/BMI | Decrease signal intensity, modified PPG waveform | Not found in literature |
| Age | Change in signal intensity, modified PPG waveform | Calibration |
| Gender | Change in signal intensity | Calibration |
| Respiratory rate | Modified PPG waveform | High pass filter |
| Venous Pulsation | Modified PPG waveform | High pass filter/contact pressure |
| Local body temperature | Change in signal intensity | Calibration |
| Body site | Change in signal intensity, modified PPG waveform | Calibration |
| Motion artifacts | Change in SNR | Filters and secondary sensors |
| Ambient light | Change in SNR | Optical shielding and selective filters |
| Contact pressure | Change in SNR, modified PPG waveform | Apply optimal pressure for high SNR |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |
| 7[j] the wearable device further coupled to an imaging system for optically detecting the user, the imaging system comprising: | In the Accused Optical System, **the wearable device is further coupled to an imaging system for optically detecting the user,** literally or under the doctrine of equivalents.<br><br>For example, in the Accused System, Apple Watch Series 7 or Apple AirPods Pro 3 or later products ("**the wearable device**", as detailed in claim element in 7 [a] above) is used with iPhone 15 ("**an imaging system**") to unlock the iPhone 15, when the user is wearing a mask or glasses ("**for optically detecting the user**"). This shows that the Apple Watch Series 7, when used with iPhone 15, detects the user.<br><br>**Unlock your iPhone with Apple Watch when you're wearing a face mask or sunglasses**<br><br>When you're wearing a mask or sunglasses and your Apple Watch, you can simply raise and glance at your iPhone to unlock it. Learn how to set up and use the feature.<br><br>Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | • An iPhone that uses Face ID (iPhone X or later) and has iOS 14.5 or later<br><br>• An Apple Watch Series 3 or later with watchOS 7.4 or later<br><br>The feature also has these requirements:<br><br>• Your Apple Watch needs to be paired with your iPhone.<br><br>• Your iPhone and Apple Watch need to have Wi-Fi and Bluetooth turned on. (You don't need to be connected to a Wi-Fi network.)<br><br>• Your Apple Watch needs to have a passcode, and wrist detection must be turned on.<br><br>• Your Apple Watch needs to be on your wrist and unlocked.<br><br>• You need to be wearing a mask that covers your mouth and nose, or sunglasses or ski goggles that cover your eyes.<br><br>Source: https://support.apple.com/en-us/102438<br><br>Apple states, for example, that "Workout-Ready Performance More people exercise with AirPods Pro than any other headphones in the world, and AirPods Pro 3 take workouts to the next level with Apple's smallest custom-built heart rate sensor and integrated workout experience. AirPods Pro 3 introduces a custom photoplethysmography (PPG) sensor that shines invisible infrared light pulsed at 256 times per second to measure light absorption in blood flow. Combined with sensor fusion from the AirPods Pro accelerometers, gyroscope, GPS, and a new on-device AI model on **iPhone**, users can start up to 50 different workout types, track their heart rate and calories burned, close their Move ring, and earn awards in the Fitness app. With just AirPods Pro 3 and **iPhone**, users will also have access to Workout Buddy, a first-of-its-kind fitness experience powered by Apple Intelligence that incorporates a user's workout data and their fitness history to generate personalized, motivational insights during their session.2"<br><br>(emphases added) Source: https://www.apple.com/newsroom/2025/09/introducing-airpods-pro-3-the-ultimate-audio-experience/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  iPhone 15<br><br>Source: https://www.apple.com/shop/buy-iphone/iphone-15 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/102438 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                     113                          '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br><table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table><br><br>Source: https://support.apple.com/en-us/118490 |
| 7[k] a laser diode configured to be pulsed and to | In the Accused Optical System, **a laser diode is configured to be pulsed and to generate laser diode generated light having a wavelength between 700 and 2500 nanometers in the near-infrared range**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| generate laser diode generated light having a wavelength, wherein the wavelength is a near-infrared wavelength between 700 nanometers and 2500 nanometers, | For example, in the Accused System, the iPhone 15 uses proximity sensor for Face ID (detecting the user). The proximity sensor includes VCSEL/vertical-cavity surface emitting laser ("**a laser diode**") manufactured by TRUMPF. The VCSEL pulses and generates a light having 940 nm wavelength ("**wavelength between 700 nanometers and 2500 nanometers**"). <br><br> The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these Face ID components are retained in the iPhone 15 module with little to no change.  For these parts, we present only cursory analysis in this current report, and focus instead on the integrated proximity sensor, which consists of a SPAD ASIC from STMicroelectronics and **GaAs-based VCSEL from Trumpf.** <br> … <br> Now, our prediction of the iPhone 15's return to **940 nm GaAs-based proximity sensing** has been confirmed. The new solution is furnished by STMicroelectronics and TRUMPF, and the reduced notch size was retained by integrating the new sensor into the Face ID module so it can work through the Dynamic Island. <br> (emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/ <br><br> TRUMPF Photonic Components, a global leader in VCSEL and photodiode solutions for consumer and industrial sensing, has been featured as a key supplier by Apple for its work supporting the proximity sensor in iPhone. The proximity sensor for iPhone turns off the screen when it detects an object that is close by — such as when a user holds iPhone up to their ear — saving power and preventing inadvertent touches. "**We have already shipped over 1 billion of our VCSELs to Apple**. It's great to see that our components are widely used in everyday life and enable great experiences," says Berthold Schmidt, CEO at TRUMPF Photonic Components. <br> (emphases added) Source: https://www.trumpf.com/en_US/newsroom/stories/trumpf-vcsel-enables-proximity-sensor-in-iphone/ <br><br> Whether it's in sensors for autonomous driving or driver monitoring, in smartphones or in digital data transmission – laser diodes from TRUMPF Photonic Components are used in countless high-tech applications for the consumer market and in the industrial sector. They offer the benefit of top performance data |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | transmission with a comparatively low power input. In the case of **VCSEL (vertical-cavity surface-emitting laser) laser diodes,** the light is emitted perpendicular to the plane of the semiconductor chip; this is different to edge-emitting laser diodes, where the light is emitted on one or two edges of the chip. (emphases added) Source: https://www.trumpf.com/en_US/products/vcsel-solutions-photodiodes/ <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 11371833B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | US011371833B2<br><br>(12) **United States Patent**   (10) Patent No.:  US 11,371,833 B2<br>Roth et al.   (45) Date of Patent:   *Jun. 28, 2022<br><br>(54) **CALIBRATION OF DEPTH SENSING USING A SPARSE ARRAY OF PULSED BEAMS**<br><br>(71) Applicant: **Apple Inc.**, Cupertino, CA (US)<br><br>(72) Inventors: **Zeev Roth**, Kadima-Tsoran (IL); **Mendy Shoval**, Kfar Saba (IL); **Moshe Laifenfeld**, Haifa (IL); **Sagy Zino**, Rosh Ha'ayin (IL); **Thierry Oggier**, San Jose, CA (US)<br><br>(73) Assignee: **APPLE INC.**, Cupertino, CA (US)<br><br>( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.<br>This patent is subject to a terminal disclaimer.<br><br>(21) Appl. No.: **17/175,714**<br><br>(22) Filed:   **Feb. 15, 2021**<br><br>(65)   **Prior Publication Data**<br>US 2021/0164776 A1   Jun. 3, 2021<br><br>**Related U.S. Application Data**<br>(63) Continuation of application No. 16/532,517, filed on Aug. 6, 2019, now Pat. No. 10,955,234.<br>(Continued)<br><br>(51) **Int. Cl.**<br>*G01B 11/22*   (2006.01)<br>*H01L 31/107*   (2006.01)<br>(Continued)<br><br>(52) **U.S. Cl.**<br>CPC ............ *G01B 11/22* (2013.01); *G01S 7/4865* (2013.01); *G01S 17/10* (2013.01); *G01S 17/89* (2013.01);<br>(Continued)<br><br>(58) **Field of Classification Search**<br>CPC .... G01S 7/4817; G01S 7/4816; G01S 7/4815; G01S 7/486; G01S 7/4865; G01S 7/484;<br>(Continued)<br><br>(56)   **References Cited**<br>U.S. PATENT DOCUMENTS<br>9,335,220 B2 *  5/2016  Shpunt ................... G01S 7/497<br>9,761,049 B2   9/2017  Naegle et al.<br>(Continued)<br><br>FOREIGN PATENT DOCUMENTS<br>CN   105992960 A   10/2016<br>CN   110609293 A   12/2019<br>(Continued)<br><br>OTHER PUBLICATIONS<br>CN Application #201680074428.8 Office Action dated Jun. 23, 2021.<br>(Continued)<br><br>*Primary Examiner* — Sang H Nguyen<br>(74) *Attorney, Agent, or Firm* — Kligler & Associates Patent Attorneys Ltd<br><br>(57)   **ABSTRACT**<br>Depth sensing apparatus includes a radiation source, which is configured to emit a first plurality of beams of light pulses toward a target scene. An array of a second plurality of sensing elements is configured to output signals indicative of respective times of incidence of photons on the sensing element, wherein the second plurality exceeds the first plurality. Light collection optics are configured to image the target scene onto the array of sensing elements. Processing and control circuitry is coupled to receive the signals from the array and is configured to search over the sensing elements in order to identify, responsively to the signals, respective regions of the array on which the light pulses reflected from the target scene are incident, and to process the signals from the identified regions in order determine respective times of arrival of the light pulses.<br><br>**20 Claims, 7 Drawing Sheets** |
| | [6:62-67, 7:1-2] "Depth mapping system 20 comprises a radiation source 21, which emits M individual beams (for example, M may be on the order of 500). The radiation source comprises multiple banks of emitters arranged in a two-dimensional array 22 (as shown in detail in FIG. 2B), together with beam optics 37. **The** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | emitters typically comprises solid-state devices, such as vertical-cavity surface-emission lasers (VCSELs) or other sorts of lasers or light-emitting diodes (LEDs)." (emphases added) Source: https://patentimages.storage.googleapis.com/e8/32/78/427109e290995b/US11371833.pdf |
| 7[l] and wherein the laser diode comprises one or more Bragg reflectors; | In the Accused Optical System, the laser diode comprises one or more Bragg reflectors, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises the iPhone 15 in which the VCSEL ("the laser diode", as detailed in claim element in 7 [k] above) includes distributed bragg reflector layers ("Bragg reflectors").<br><br><br><br>Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br>Apple Watch Model / Compatible iPhone / Compatible iOS / Compatible watchOS<br>Series 11 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>SE 3 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>Ultra 3 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>Series 10 — iPhone XS or later — iOS 18 or later — watchOS 11 or later<br>Ultra 2 — iPhone XS or later — iOS 17 or later — watchOS 10 or later**<br>Series 9 — iPhone XS or later — iOS 17 or later — watchOS 10 or later**<br>Ultra — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>Series 8 — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>SE 2 — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>Series 7 — iPhone 6s or later — iOS 15 or later* — watchOS 8 or later**<br>Series 6 — iPhone 6s or later — iOS 14 or later* — watchOS 7 or later**<br><br>Source: https://support.apple.com/en-us/118490 |
| 7[m]  at  least  a portion of the laser diode generated light | In the Accused Optical System, **at least a portion of the laser diode generated light is configured to be directed to the user**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| configured to be directed to the user; | For example, the Accused System comprises the iPhone 15 in which the VCSEL emits light ("**laser diode generated light**") to the face of the user (for Face ID or unlocking the iPhone 15 using face data/recognition) ("**to be directed to the user**").<br><br>Apple states, for example, that "The technology that enables Face ID is some of the most advanced hardware and software that we've ever created. **The TrueDepth camera** captures accurate face data **by projecting** and analyzing **thousands of invisible dots to create a depth map of your face** and also captures an infrared image of your face."<br>(emphases added) *Available at*: https://support.apple.com/en-us/102381<br><br>The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these Face ID components are retained in the iPhone 15 module with little to no change.  For these parts, we present only cursory analysis in this current report, and focus instead on the integrated proximity sensor, which consists of a SPAD ASIC from STMicroelectronics and **GaAs-based VCSEL from Trumpf.**<br>(emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf <br><br> **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                    126                         '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> <table><tr><th>Apple Watch Model</th><th>Compatible iPhone</th><th>Compatible iOS</th><th>Compatible watchOS</th></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table> <br> Source: https://support.apple.com/en-us/118490 |
| 7[n] the imaging system further comprising a second | In the Accused Optical System, **the imaging system further comprises a second plurality of detectors that receive at least a fraction of the laser diode generated light reflected from the user**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| plurality of detectors that receive at least a fraction of the laser diode generated light reflected from the user; and | For example, the Accused System comprises the iPhone 15 ("**the imaging system**", as detailed in claim element in 7 [j] above) uses proximity sensor for Face ID (detecting the user). The proximity sensor includes SPAD (single photon avalanche diode, "**a second plurality of detectors**") ASIC manufactured by STMicroelectronics. The SPAD receives a portion of the light (generated by the VCSEL) reflected from the face of the user ("**receive at least a fraction of the laser diode generated light reflected from the user**").<br><br>iPhone 15<br><br>Source: https://www.apple.com/shop/buy-iphone/iphone-15 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these **Face ID components are retained in the iPhone 15 module** with little to no change.  For these parts, we present only cursory analysis in this current report, and focus instead on the **integrated proximity sensor, which consists of a SPAD ASIC from STMicroelectronics** and GaAs-based VCSEL from Trumpf.<br><br><br><br>(emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  FIG. 1 <br><br> [3:29-37] "In one or more embodiments, the laser 102 is a vertical cavity surface emitting laser (VCSEL). An optical barrier 110 is included in the TOF range detection device 100, and reflects a first portion 106 of the optical pulse toward a reference single-photon avalanche diode (SPAD) array 112. **A second portion 108 of the optical pulse 104 is reflected off of the object 120 in the image scene, and is received at a return SPAD array** 114." <br> (emphases added) Source: <br> https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf <br><br> Apple's publications relating to Apple watch such as U.S. Pub. No. 11371833B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |
| | [2:30-34] "In some embodiments, the radiation source includes at least one vertical-cavity surface-emitting laser (VCSEL), and may include an array of VCSELs. Additionally or alternatively, **the sensing elements include single-photon avalanche diodes (SPADs).**" |
| | (emphases added) Source: |
| | https://patentimages.storage.googleapis.com/e8/32/78/427109e290995b/US11371833.pdf |
| | **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                    135                    '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> <table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table> <br> Source: https://support.apple.com/en-us/118490 |
| 7[o] wherein the imaging system is configured to | In the Accused Optical System, **the imaging system is configured to perform a time-of-flight measurement by measuring a time difference between the laser diode generated light and at least a** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| perform a time-of-flight measurement by measuring a time difference between the laser diode generated light and the at least a fraction of the laser diode generated light reflected from the user. | **fraction of the laser diode generated light reflected from the user**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises the iPhone 15 ("**the imaging system**", as detailed in claim element in 7 [j] above) performs ToF ("**time-of-flight**") measurement for Face ID. The ToF measurement is performed by measuring a time difference ("**measuring a time difference**") between the emitted pulse ("**laser diode generated light**") and the received pulse ("**a fraction of the laser diode generated light reflected from the user**", as detailed in claim element in 7 [n] above) from the face of the user.<br><br>iPhone 15 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://www.apple.com/shop/buy-iphone/iphone-15 <br><br> <br><br> Two ways to measure the Time of Flight (ToF): <br><br> In the direct method, the time difference between the emitted pulse, and a received signal. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://www.st.com/content/dam/technology-tour-2017/session-1_track-4_time-of-flight-technology.pdf<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>[3:65-67, 4:1] "The range detection circuitry 116 **determines the time of flight based upon** **the difference between** **the transmission time of the transmitted optical pulse 104** and the arrival time of the returned optical pulse 108."<br>(emphases added)    Source:<br>https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf<br><br>Apple's publications relating to Apple watch such as U.S. Pub. No. 11371833B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |
| | [1:32-39] "A commonly-used technique to determine the distance to each point on the target scene involves transmitting one or more pulsed optical beams towards the target scene, followed by the measurement of the **round-trip time, i.e. time-of-flight (ToF),** taken by the optical beams as they travel from the source to the target scene and back to a detector array adjacent to the source." (emphases added) Source: https://patentimages.storage.googleapis.com/e8/32/78/427109e290995b/US11371833.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>"Face ID<br>Touch ID fingerprint recognition has been used in all iPhones since it was first introduced in the 5S, through to the 8 and 8 Plus. In the iPhone X, Apple replaces Touch ID with Face ID.<br><br>Face ID is enabled by the TrueDepth camera, about which Apple has published a white paper and illustrative images on their site.<br><br>Face ID functionality is delivered through a combination of a few different components"<br><br>Source: https://www.techinsights.com/blog/apple-iphone-x-teardown |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"



**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | https://www.st.com/resource/en/datasheet/vl53l0x.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                    145                          '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br><br><br>Source: https://support.apple.com/en-us/118490 |
| 8[a] The optical system of claim 7, wherein the second | In the Accused Optical System, **the second plurality of detectors** comprises one or more detector arrays, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| plurality of detectors comprises one or more detector arrays; and | For example, the Accused System comprises the iPhone 15 which uses proximity sensor for Face ID (detecting the user). The proximity sensor includes SPAD (single photon avalanche diode, "**a second plurality of detectors**", as detailed in claim element in 7 [n] above) ASIC manufactured by STMicroelectronics which is an array of ("**comprises one or more detector arrays**"). <br><br>"The Face ID system can be divided into eight parts: the module assembly, NIR global shutter CMOS image sensor, diffractive optical element, dot projector VCSEL, flood illuminator VCSEL, VCSEL driver, and two lens modules. We have previously published a report on the Face ID module in the in the 14 Pro, and all of these Face ID components are retained in the iPhone 15 module with little to no change.  For these parts, we present only cursory analysis in this current report, and focus instead on the integrated proximity sensor, which consists of **a SPAD ASIC from STMicroelectronics** and GaAs-based VCSEL from Trumpf." <br><br>(emphases added) Source: https://www.yolegroup.com/product/report/apple-iphone-15-proximity-sensor-in-the-face-id-module/ <br><br><br>"A unique combination of STMicroelectronics' latest proximity sensor, based on **single-photon avalanche diode (SPAD)** technology and a VCSEL illuminator, all in Apple's most advanced handset <br><br>Ahead of its competitors, Apple has begun using 3D sensing. For the iPhone's 10th anniversary, Apple integrated this new function under the name "True Depth sensing". The system features a near-infrared (NIR) camera, a dot projector, and a flood illuminator, along with a proximity sensor. All modules work together to form a high-end security solution: facial recognition. Since the Apple 7, STMicroelectronics has supplied Apple with a custom proximity sensor, one which represents the smallest FlightSenseTM device in its ToF portfolio. And with the Apple X, STMicroelectronics has gained significant market share by integrating several of its components (from the NIR camera to the 3D touch controller), including a new custom version of the proximity sensor featuring a flood illuminator." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>"Located in the front above the main speaker, the proximity sensor/flood illuminator is packaged using optical LGA. The device is unique to Apple. In the past, STMicroelectronics released a custom proximity sensor two times smaller (2.80 x 2.40 mm) than the devices in its portfolio, based on FlightSenseTM technology. This new version comes with a flood illuminator used in the True Depth system. The flood illuminator is an NIR VCSEL with a wide beam that illuminates the face and allows for nighttime user recognition with the NIR camera. The packaging is specially designed for the flood illuminator's heat management. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | In this report the complete microsystem is analyzed, from the two illumination devices (which are vertical-cavity surface-emitting lasers (VCSEL)) to **the collector (based on the SPAD developed by STMicroelectronics)**. Moreover, a complete cost analysis and price estimate is presented for the device, based on a detailed description of the package, **the ToF detector**, the VCSEL, and the second VCSEL for flood illumination.<br><br>Also featured is a complete technology comparison with STMicroelectronics' ToF portfolio since its first generation: the VL53L0X, the VL6180X, and the most recent custom proximity sensor in the Apple iPhone 8."<br><br><br><br>(emphases added) Source: https://www.yolegroup.com/product/report/stmicroelectronics-time-of-flight-proximity-sensor--flood-illuminator-in-the-apple-iphone-x/ |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | The proximity sensor is actually an array of single photon avalanche diodes (SPADs), which fortunately can be integrated into a regular CMOS process.  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source:    https://www.techinsights.com/blog/stmicroelectronics-time-flight-sensors-and-starship-enterprise-show-iphone-7-series<br><br><br>**Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                153                    '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br><table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table><br>Source: https://support.apple.com/en-us/118490 |
| 8[b]    wherein    the imaging    system further    comprises | In the Accused Optical System, **the imaging system further comprises** one or more **optical filters in front of at least one of the second plurality of detectors**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| one or more optical filters in front of at least one of the second plurality of detectors. | See claim 8[a].<br><br>For example, the Accused System comprises the iPhone 15 ("**the imaging system**", as detailed in claim element in 7 [j] above) which uses a TrueDepth camera system for Face ID and user proximity detection. The system includes a Time-of-Flight (ToF) / proximity sensor module containing an array of SPAD (Single-Photon Avalanche Diode) cells, which constitute a "**second plurality of detectors.**" The imaging system further comprises a Filter and/or a lens, a ToF Sensor Window situated physically "**in front of**" the detector substrate as "**one** or more **optical filters in front of at least one of the second plurality of detectors.**"<br><br>Apple's supplier STMicroelectronics's publications relating to proximity sensor such as GB2494479A state the following:<br><br>(12) UK Patent Application (19)GB (11)2494479 (13)A<br>(43)Date of A Publication    13.03.2013<br><br>(21) Application No:    1118009.8<br>(22) Date of Filing:    19.10.2011<br><br>(71) Applicant(s):<br>STMicroelectronics (Research & Development) Limited<br>(Incorporated in the United Kingdom)<br>Planar House, Parkway, Globe Park, MARLOW, Bucks, SL7 1YL, United Kingdom<br><br>(72) Inventor(s):<br>Colin Campbell<br><br>(74) Agent and/or Address for Service:<br>Murgitroyd & Company<br>Scotland House, 165-169 Scotland Street, GLASGOW, G5 8PL, United Kingdom<br><br>(51) INT CL:<br>G01J 1/08 (2006.01)    G01J 1/42 (2006.01)<br>G01S 7/481 (2006.01)    G01S 17/02 (2006.01)<br><br>(56) Documents Cited:<br>EP 2264898 A1    WO 2009/104135 A1<br>JP 060281726 A    JP 2004151069 A<br>JP 2000187786 A    US 4182977 A<br>US 20110057129 A1    US 20110057104 A1<br>US 20100258712 A1    US 20060249663 A1<br>US 20060050535 A1<br><br>(58) Field of Search:<br>INT CL G01J, G01S<br>Other:  Online: EPDODOC, WPI, TXTE<br><br>(54) Title of the Invention: **Radiation sensor**<br>Abstract Title: **A proximity sensor with a cover for directing radiation from a radiation source to a reference radiation detector** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Fig. 2 |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Fig. 3<br><br>[14:5-14] "As shown most clearly in Figure 2, the first cap 14 may further comprise a collimating lens 20 configured to collimate radiation emitted by the radiation source 4. In addition, **the second cap 16 may comprise a focusing lens 22 configured to focus returned radiation onto the ambient radiation detector 10 and/or the returned radiation detector 12**. As shown in Figure 3 **a filter 21 may also be provided over the returned radiation detector 12, the filter 21 having a pass-band which is matched to the emission spectrum of the radiation source 4. Such a filter 21 prevents the returned radiation detector 12 from detecting ambient visible radiation**, for example, which could cause false detections to occur."<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/1b/f8/6f/4bdb824b8cf307/GB2494479A.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> <table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table> <br> Source: https://support.apple.com/en-us/118490 |
| 9[a] The optical system of claim 8, wherein the imaging | In the Accused Optical System, the imaging system further comprises a beam splitter configured to receive at least part of the laser diode generated light and to split the received light into a sample arm |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| system further comprises a beam splitter configured to receive at least part of the laser diode generated light and to split the received light into a sample arm light and a reference arm light, at least a portion of the sample arm light able to be directed to the user; | **light and a reference arm light, with a least a portion of the sample arm light capable of being directed to the user**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises the iPhone 15 which incorporates a TOF range detection device ("**imaging system**", as detailed in claim element in 7 [j] above) where an optical barrier ("**beam splitter**") is configured to receive an optical pulse ("**at least part of the laser diode generated light**") and reflects a first portion ("**reference arm light**") toward a reference single-photon avalanche diode (SPAD) array and a second portion ("**sample arm light**") of the optical pulse is reflected off of the object (" **at least a portion of the sample arm light able to be directed to the user**").<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>FIG. 1<br><br>[3:32-37] "An **optical barrier 110** is included in the **TOF range detection device 100**, and **reflects a first portion 106** of the **optical pulse** toward a reference single-photon avalanche diode (SPAD) array 112. A second portion 108 of the **optical pulse 104** is reflected off of the **object 120** in the image scene, and is received at a return SPAD array 114."<br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

Ex. K                                   164                    '577 Patent – Apple Watch\AirPods

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> <br><br> Source: https://support.apple.com/en-us/118490 |
| 9[b] wherein at least one of the second plurality of detectors | In the Accused Optical System, **at least one of the second plurality of detectors** *is configured to receive at least a portion of the reference arm light* **and configured to generate a reference detector output, and at least another of the second plurality of detectors** *is configured to receive from the user at least a* |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| configured to receive at least a portion of the reference arm light and configured to generate a reference detector output, and at least another of the second plurality of detectors configured to receive from the user at least a portion of reflected sample arm light and configured to generate a sample detector output; and | **portion of reflected sample arm light and configured to generate a sample detector output**, literally or under the doctrine of equivalents.<br><br>For example, the Accused System comprises the iPhone 15 which utilizes a TOF range detection device where a reference single-photon avalanche diode (SPAD) array 112 ("**at least one of the second plurality of detectors**",  as detailed in claim element in 7 [n] above) receives a first portion ("**at least a portion of the reference arm light**") and generates a reference detector output ("**configured to generate a reference detector output**"), and a return SPAD array 114 ("**at least another of the second plurality of detectors**") is received at a second portion 108 ("**at least a portion of reflected sample arm light**") reflected off of the object 120 ("**receive from the user**") and generates a sample detector output ("**configured to generate a sample detector output**").<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  **FIG. 1**<br><br>[3:32-55] "An optical barrier 110 is included in the TOF range detection device 100, and **reflects a first portion 106 of the optical pulse toward** a **reference single-photon avalanche diode (SPAD) array** 112. A second portion 108 of the optical pulse 104 is **reflected off of the object 120 in the image scene**, and is **received** at a **return SPAD array** 114.<br><br>The return SPAD array 114 may include, for example, an array of between four and several hundred SPAD cells. As will be appreciated by those skilled in the art, SPAD arrays can be used for a variety of applications, including for ranging, for 2D or 3D gesture recognition and for 3D imaging. Each SPAD cell in the **return SPAD array** 114 will **provide an output pulse or detectable SPAD event** when a photon in the form of the reflected second portion 108 of the optical pulse 104 is detected by that cell, and by monitoring these SPAD events an arrival time of the return pulse can be estimated or detected by the range detection circuitry 116. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | The reference SPAD array 112 may be, for example, of the same dimensions or of smaller dimensions than the return SPAD array 114, and receives an internal reflection (e.g., reflected by the optical barrier 110) 106 of the transmitted optical pulse 104. In some embodiments, the reference SPAD array 112 is a mono-dimensional array, for example, having only a row or column of SPAD cells."<br><br>[4:8-12] "In one or more embodiments, the range detection circuitry 116 includes a digital counter 115, which counts a number of **photons received at** the return SPAD array 114 and **the reference SPAD array** 112 within preset windows or bins of time."<br><br>(emphases added) Source: https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854<br><br>**Apple Watch and iPhone compatibility**<br>Find out which versions of iPhone, iOS and watchOS work with your Apple Watch.<br><br>Apple Watch Model — Compatible iPhone — Compatible iOS — Compatible watchOS<br>Series 11 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>SE 3 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>Ultra 3 — iPhone 11 or later — iOS 26 or later — watchOS 26 or later<br>Series 10 — iPhone XS or later — iOS 18 or later — watchOS 11 or later<br>Ultra 2 — iPhone XS or later — iOS 17 or later — watchOS 10 or later**<br>Series 9 — iPhone XS or later — iOS 17 or later — watchOS 10 or later**<br>Ultra — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>Series 8 — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>SE 2 — iPhone 8 or later — iOS 16 or later* — watchOS 9 or later**<br>Series 7 — iPhone 6s or later — iOS 15 or later* — watchOS 8 or later**<br>Series 6 — iPhone 6s or later — iOS 14 or later* — watchOS 7 or later**<br><br>Source: https://support.apple.com/en-us/118490 |
| 9[c] wherein the time-of-flight measurement is | In the Accused Optical System, **the time-of-flight measurement is based at least in part on the sample detector output**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| based at least in part on the sample detector output. | For example, in the Accused System, the iPhone 15 contains range detection circuitry 116 which determines the time of flight ("**time-of-flight measurement**", as detailed in claim element in 7 [o] above) based upon the difference between the transmission time and the arrival time of optical pulses. The range detection circuitry 116 is coupled to the reference SPAD array 112 and return SPAD array 114 ("**sample detector output**", as detailed in claim element in 9 [b] above) to estimate the delay between each transmitted optical pulse and the return optical pulse.<br><br>STMicroelectronics publications relating to true depth sensor such as U.S. Pub. No. 10823826B2 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | [3:56-67, 4:1] "The range detection circuitry 116 is coupled to the return SPAD array 114 and the reference SPAD array 112 and estimates the distance between the TOF range detection device 100 and the object 120 in the image scene against which the optical pulses reflect. For example, the range detection circuitry 116 may estimate the delay between each transmitted optical pulse 104 and the return optical pulse 108 received by the return SPAD array 114 in order to provide a range estimate in the form of the detected distance to the object 120. The range detection circuitry 116 **determines the time of flight** based upon the difference between the transmission time of the transmitted optical pulse 104 and the arrival time of the **returned optical pulse 108**." |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | (emphases added) Source: https://patentimages.storage.googleapis.com/62/a8/73/0934688e3e7be7/US10823826.pdf<br><br>**Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br><br><br>Source: https://support.apple.com/en-us/118490 |
| 10[a] The optical system of claim 9, wherein the optical | In the Accused Optical System, **the optical system further comprises a smart phone** or tablet **and is configured to use artificial intelligence in making decisions associated with some of the at least a portion of the output signal**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| system further comprises a smart phone or tablet and is configured to use artificial intelligence in making decisions associated with some of the at least a portion of the output signal; and | For example, in the Accused System, the iPhone ("**smart phone**") utilizes a portion of your device's Neural Engine and machine learning ("**artificial intelligence**") which transforms the depth map and infrared image ("**at least a portion of the output signal**") and compares that representation to the enrolled facial data ("**making decisions associated with** some of the at least a portion of the output signal").<br><br><br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br>Apple states, for example, that<br>"Set up Apple Watch and pair it with your **iPhone** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | To use your Apple Watch, you need to pair it with your **iPhone**. The setup assistants on your iPhone and Apple Watch work together to help you pair and set up your Apple Watch." <br> (emphases added) *Available at*: https://support.apple.com/es-us/guide/watch/apdde4d6f98e/watchos <br><br> **iPhone 15 - Tech Specs** <br><br> Chip     A16 Bionic chip <br>         6-core CPU with 2 performance and 4 efficiency cores <br>         5-core GPU <br>         16-core Neural Engine <br><br> Source: https://support.apple.com/en-us/111831 <br><br> Apple states, for example, that <br> "Advanced technologies <br> The technology that enables Face ID is some of the most advanced hardware and software we've ever created. The TrueDepth camera captures accurate face data by projecting and analysing thousands of invisible dots to create a depth map of your face. It also captures an infrared image of your face. A portion of your **device's Neural Engine** – protected within the Secure Enclave – **transforms** the depth map and **infrared image** into a mathematical representation and **compares** that representation to the enrolled facial data. <br> … <br> Security safeguards <br> Security is important to all of us to protect information on our devices. We have done some important things to safeguard your information, just as we did with Touch ID. Face ID uses the TrueDepth camera and **machine learning for a secure authentication solution**. Face ID data – including mathematical representations of your face – is encrypted and protected with a key available only to the Secure Enclave." <br> (emphases added) *Available at*: https://support.apple.com/en-us/102381 <br><br> **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> <br><br> Source: https://support.apple.com/en-us/118490 |
| 10[b] wherein the optical system is configured to | In the Accused Optical System, **the optical system is configured to perform pattern identification or classification**, or wherein the optical system is configured to apply one or more regression signal processing methodologies **to at least a part of the output signal**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| perform pattern identification or classification, or wherein the optical system is configured to apply one or more regression signal processing methodologies to at least a part of the output signal. | For example, in the Accused System, the iPhone 15 ("**the optical system**") features an On-device Deep Neural Network for Face Detection based on a fully convolutional network with a multitask objective comprising of: a binary classification ("**perform pattern identification or classification**") to predict the presence or absence of a face in the input ("**to at least a part of the output signal**"). <br><br> Apple states, for example, that <br> "An **On-device** Deep Neural Network for Face Detection <br> We built our initial architecture based on some of the insights from the OverFeat paper, resulting in a fully convolutional network (see Figure 1) with a multitask objective comprising of: <br> • a **binary classification** to predict the presence or absence of a face **in the input**, and <br> • a regression to predict the bounding box parameters that best localized the face in the input." <br> (emphases added) *Available at*: https://machinelearning.apple.com/research/face-detection <br><br> **Apple's Other Products:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

# iPhone and iPad models that support Face ID

Learn which iPhone and iPad models support using Face ID.

You can use Face ID on these devices:

## iPhone

- iPhone 17e
- iPhone 17
- iPhone Air
- iPhone 17 Pro
- iPhone 17 Pro Max
- iPhone 16e
- iPhone 16 Pro Max
- iPhone 16 Pro
- iPhone 16 Plus
- iPhone 16
- iPhone 15 Pro Max

- iPhone 15 Pro
- iPhone 15 Plus
- iPhone 15
- iPhone 14 Pro Max
- iPhone 14 Pro
- iPhone 14 Plus
- iPhone 14
- iPhone 13 Pro Max
- iPhone 13 Pro
- iPhone 13
- iPhone 13 mini

- iPhone 12 Pro Max
- iPhone 12 Pro
- iPhone 12
- iPhone 12 mini
- iPhone 11 Pro
- iPhone 11 Pro Max
- iPhone 11
- iPhone XS
- iPhone XS Max
- iPhone XR
- iPhone X

## iPad

- iPad Pro 13-inch (M4 and M5)
- iPad Pro 11-inch (M4 and M5)
- iPad Pro 12.9-inch (3rd through 6th generations)
- iPad Pro 11-inch (1st through 4th generations)

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102854 <br><br> **Apple Watch and iPhone compatibility** <br> Find out which versions of iPhone, iOS and watchOS work with your Apple Watch. <br><br> <table><tr><td>Apple Watch Model</td><td>Compatible iPhone</td><td>Compatible iOS</td><td>Compatible watchOS</td></tr><tr><td>Series 11</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>SE 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Ultra 3</td><td>iPhone 11 or later</td><td>iOS 26 or later</td><td>watchOS 26 or later</td></tr><tr><td>Series 10</td><td>iPhone XS or later</td><td>iOS 18 or later</td><td>watchOS 11 or later</td></tr><tr><td>Ultra 2</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Series 9</td><td>iPhone XS or later</td><td>iOS 17 or later</td><td>watchOS 10 or later**</td></tr><tr><td>Ultra</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 8</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>SE 2</td><td>iPhone 8 or later</td><td>iOS 16 or later*</td><td>watchOS 9 or later**</td></tr><tr><td>Series 7</td><td>iPhone 6s or later</td><td>iOS 15 or later*</td><td>watchOS 8 or later**</td></tr><tr><td>Series 6</td><td>iPhone 6s or later</td><td>iOS 14 or later*</td><td>watchOS 7 or later**</td></tr></table> <br> Source: https://support.apple.com/en-us/118490 |
| 11[a] The optical system of claim 10, wherein the plurality | In the Accused Optical System, **the plurality of light emitting diodes comprises six light emitting diodes**, literally or under the doctrine of equivalents. |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| of light emitting diodes comprises six light emitting diodes; and | For example, in the Accused System, the Apple Watch Series 7 features an optical heart sensor ("**the optical system**") that includes an array of LEDs ("**the plurality of light emitting diodes**", as detailed in claim element in 7 [a] above). The specific count of at least six LEDs ("**six light emitting diodes**") is supported by teardown imagery showing the array layout on the back crystal.<br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>For the third-generation sensors, the mapping of the optical heart sensor (Series 6, 7, 8, 9, Ultra, and Ultra 2) emitter is: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <table><tr><td>Emitter index</td><td>LED arrangement</td></tr><tr><td>0</td><td>0, Infrared (850 nm)</td></tr><tr><td>1</td><td>1, Infrared (850 nm)</td></tr><tr><td>2</td><td>2, Infrared (850 nm)</td></tr><tr><td>3</td><td>3, Infrared (850 nm)</td></tr><tr><td>4</td><td>4, Infrared (940 nm)</td></tr><tr><td>5</td><td>5, Red (660 nm)</td></tr><tr><td>6</td><td>6, Red (660 nm)</td></tr><tr><td>7</td><td>7, Red (660 nm)</td></tr><tr><td>8</td><td>8, Red (660 nm)</td></tr><tr><td>9</td><td>9, Green (525 nm)</td></tr><tr><td>10</td><td>10, Green (525 nm)</td></tr><tr><td>11</td><td>11, Green (525 nm)</td></tr><tr><td>12</td><td>12, Green (525 nm)</td></tr></table><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." Source: https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos |
| 11[b] wherein the plurality of light emitting diodes, or the plurality of spatially separated detectors are located on one or more arcs. | In the Accused Optical System, **the plurality of light emitting diodes**, or the plurality of spatially separated detectors **are located on one or more arcs**, literally or under the doctrine of equivalents.<br><br>For example, in the Accused System, the Apple Watch back crystal includes LEDs ("the **plurality of light emitting diodes**", as detailed in claim element in 7 [a] above) which are arranged in an arc pattern on the back face of the watch ("**located on one or more arcs**"). |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br><br>Source: https://developer.apple.com/documentation/sensorkit/srphotoplethysmogramopticalsample<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:**<br><br>Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | <br>Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos |
| 12 The optical system of claim 11, wherein the output optical light comprises three optical wavelengths for measuring at least a portion of the one or more of the physiological parameters, wherein the output optical | In the Accused Optical System, **the output optical light comprises three optical wavelengths for measuring at least a portion of the one or more of the physiological parameters, wherein the output optical light comprises wavelengths between 600 nm and 1000 nm to measure a level of oxy-hemoglobin and deoxy-hemoglobin, and wherein the output signal corresponding to at least one of the optical wavelengths is used to improve measurement of the one or more physiological parameters using the output signal corresponding to the other two optical wavelengths**, literally or under the doctrine of equivalents.<br><br>For example, in the Accused System, the Apple Watch back crystal includes light sources comprising red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm ("**three optical wavelengths**") for measuring SpO2 ("**measuring at least a portion of the one or more of the physiological parameters**"). The light sources use wavelengths of approximately 660 and 850 nm ("**wavelengths between** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| light comprises wavelengths between 600 nm and 1000 nm to measure a level of oxy-hemoglobin and deoxy-hemoglobin, and wherein the output signal corresponding to at least one of the optical wavelengths is used to improve measurement of the one or more physiological parameters using the output signal corresponding to the other two optical wavelengths. | 600 nm and 1000 nm") to measure blood's true oxygenation ("measure a level of oxy-hemoglobin and deoxy-hemoglobin"). Furthermore, because melanin is a strong light absorber i.e. particularly in the green and red part of the spectrum, the sensing platform senses the amount of detected light signals, and it automatically adjusts the LED current to ensure adequate signal resolution ("the output signal corresponding to at least one of the optical wavelengths is used to improve measurement of the one or more physiological parameters using the output signal corresponding to the other two optical wavelengths").<br><br>Apple states, for example, that<br>"The Apple Watch back crystal includes an array of light emitter and detector apertures configured as a "reflectance" sensor; emitted light scatters through the perfused tissues beneath Apple Watch, with a portion of that light reemerging and striking photodetectors along the same surface. The light sources used by the Blood Oxygen app and shared with other health features on Apple Watch comprise red, IR, and green LEDs operating at wavelengths of approximately 660, 850, and 525 nm, respectively.<br>…<br>SpO2 Technology<br>The Blood Oxygen feature on Apple Watch measures SpO2 using conventional pulse oximetry methods: It shines red and near-infrared (IR) light into blood-perfused tissue, detects and processes the reemitted light photo-signals into respective photoplethysmograms (PPGs) that track the heartbeat-induced pulsations, determines the red-to-IR modulation ratio, and translates this into units of % SpO2 through a predefined mapping relationship. Blood fully saturated with oxygen appears bright red and transitions to a darker brown color as oxygenation falls. The modulation ratio measured in pulse oximetry correlates with the color of the tissue's pulsing arterial blood and is thus used for determining SpO2 — an estimate of the blood's true oxygenation as measured from an arterial blood draw, also known as the SaO2 value.<br>…<br>At the wavelengths that Apple Watch uses, melanin is a strong light absorber — particularly in the green and red part of the spectrum — potentially making PPG measurements more difficult in users with darker skin tones. To account for this, the Apple Watch sensing platform senses the amount of detected light signals, and it automatically adjusts the LED current (and hence the light output), photodiode gain (sensitivity to light), and sampling rate to ensure adequate signal resolution across the range of human skin tones." (emphases added) *Available at*:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Apple's publications relating to Apple watch such as U.S. 11,931,147 state the following: |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"



US011931147B2

(12) **United States Patent**
Mohammadi et al.

(10) **Patent No.:** US 11,931,147 B2
(45) **Date of Patent:** *Mar. 19, 2024

(54) **SYSTEM AND METHOD FOR ROBUST PULSE OXIMETRY**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Saeed Mohammadi**, Sunnyvale, CA (US); **Albert E. Cerussi**, San Jose, CA (US); **Paul D. Mannheimer**, Los Altos, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 83 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/663,411**

(22) Filed: **May 13, 2022**

(65) **Prior Publication Data**

US 2022/0273207 A1    Sep. 1, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 16/583,211, filed on Sep. 25, 2019, now Pat. No. 11,331,016.
(Continued)

(51) **Int. Cl.**
*A61B 5/1455* (2006.01)
*A61B 5/00* (2006.01)
*A61B 5/024* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/14552* (2013.01); *A61B 5/681* (2013.01); *A61B 5/7203* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC    A61B 5/1455; A61B 5/14551; A61B 5/72;

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,431,170 A    7/1995    Mathews
5,483,261 A    1/1996    Yasutake
(Continued)

FOREIGN PATENT DOCUMENTS

JP    2000-163031 A    6/2000
JP    2002-342033 A    11/2002

OTHER PUBLICATIONS

Non-Final Office Action received for U.S. Appl. No. 16/583,211, dated Jun. 24, 2021, 7 pages.
(Continued)

*Primary Examiner* — Eric F Winakur
(74) *Attorney, Agent, or Firm* — Kubota & Basol LLP

(57) **ABSTRACT**

Robust estimation of a characteristic of a user's physiological signals can be achieved by filtering or classifying samples. Rather than estimating the characteristic of the user's physiological signals based on each sample at a first wavelength and a second wavelength, a robust system and method can, in some examples, estimate the characteristic using samples at the first wavelength and the second wavelength that meet one or more criteria and filter out samples that fail to meet the one or more criteria. In some examples, the system and method can weight samples based on the one or more criteria, and estimate the characteristic using the weighted samples. Samples failing to meet the one or more criteria can be given less weight or no weight in the estimation. The one or more criteria can include a criterion based on at least the physiological signal at a third wavelength.

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

FIG. 5

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"



FIG. 6

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | [14:44-67] "Signal classifier/filter 504 can be used to **classify samples at wavelengths λ1 and λ2** using **samples at wavelength λ3**. In some examples, the classification can be binary, and **samples at wavelengths λ1 and λ2 for a given channel and measurement period can be classified** as "valid" or "invalid." Valid samples can be used for subsequent processing to determine a characteristic of the physiological signal and invalid samples can be rejected from the subsequent processing to determine a characteristic of the physiological signal. In some examples, the classification can provide a confidence measure (e.g., a confidence value) for samples at wavelengths λ1 and λ2 for a given channel and measurement period. In some examples, the confidence can be assigned as a probability (from 0 to 1) that the sample is valid. In some examples, the confidence can be used to filter samples and/or to weight samples. For example, samples with a confidence below a threshold could be rejected (e.g., <30%) and samples with a confidence above a threshold could be used for subsequent processing (and/or weighted). In some examples, the samples can be weighted in the subsequent processing in accordance with the confidence, where the weighting can be higher for a sample with a higher confidence than the weighting of a sampling with a lower confidence." <br><br> [18:14-33] "At 615, **the measurements at two (or more) of the wavelengths can be classified or filtered (e.g., by signal classifier/filters 504)** based on **characteristics of the measurements at the third wavelength (λ3)** to **reject or deemphasize measurements at the two (or more) of the wavelengths**. In some examples, the characteristic of the measurements at the third wavelength can predict a condition that may result in inaccurate measurements of the physiological signal characteristic. For example, the condition may be contact condition between the physiological sensor(s) and the user's skin. As described herein, poor contact between a physiological sensor and the user's skin can result in measurements at the first and second wavelengths that may meet signal quality metrics (and thus may not be filtered out by signal classifier/filters 502), but that produce inaccurate estimates of a physiological characteristic. Other conditions may be identified as well, such as unexpected orientation of the physiological sensor relative to the tissue or a transient or permanent tissue anomaly, that may result in inaccurate measurements of the physiological signal characteristic." <br><br> [20:16-28] "Although primarily described herein as a reflectance-based system (e.g., for a watch), in some examples, a transmission-based system can be used for robust pulse oximetry. For example, a wearable sensor on a user's earlobe can use transmission-based pulse oximetry **using at least wavelengths λ1 and λ2** |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
|  | **for estimating the physiological characteristic** and **wavelength λ3 for filtering/classifying**. In some examples, a wearable sensor on a user's finger can use a combination of transmission-based pulse oximetry techniques using at least wavelengths λ1 and λ2 for estimating the physiological characteristic and using reflectance-based techniques to acquire physiological signals at wavelength λ3 for filtering/classifying."<br><br>(emphases added) Source:<br>https://patentimages.storage.googleapis.com/94/a9/04/b13e5155efa583/US11931147.pdf<br><br><br>"Subject pools included a wide range of skin types and tones to ensure that the sensor platform can accommodate the full range of users and maintain accuracy. At the wavelengths that Apple Watch uses, melanin is a strong light absorber — particularly in the green and red part of the spectrum — potentially making PPG measurements more difficult in users with darker skin tones. To account for this, the ⌷ Apple Watch sensing platform senses the amount of detected light signals, and it automatically adjusts ⌷ the LED current (and hence the light output), photodiode gain (sensitivity to light), and sampling rate to ensure adequate signal resolution across the range of human skin tones."<br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf<br><br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:**<br><br>Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation." <br><br> Source: <br> https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf <br><br> |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos |
| 13 The optical system of claim 8, wherein the wearable device is at least in part configured to identify an object. | In the Accused Optical System, **the wearable device is at least in part configured to identify an object**, literally or under the doctrine of equivalents.<br><br>For example, in the Accused System, the Apple Watch ("**the wearable device**", as detailed in claim element in 7 [a] above) includes Wrist Detection where the Apple Watch locks automatically when you're not wearing it as the device identifies the presence/absence of a wrist ("**at least in part configured to identify an object**"). |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| | Source: https://support.apple.com/en-us/102438<br><br>• An iPhone that uses Face ID (iPhone X or later) and has iOS 14.5 or later<br><br>• An Apple Watch Series 3 or later with watchOS 7.4 or later<br><br>The feature also has these requirements:<br><br>• Your Apple Watch needs to be paired with your iPhone.<br><br>• Your iPhone and Apple Watch need to have Wi-Fi and Bluetooth turned on. (You don't need to be connected to a Wi-Fi network.)<br><br>• Your Apple Watch needs to have a passcode, and wrist detection must be turned on.<br><br>• Your Apple Watch needs to be on your wrist and unlocked.<br><br>• You need to be wearing a mask that covers your mouth and nose, or sunglasses or ski goggles that cover your eyes.<br><br>Source: https://support.apple.com/en-us/102438<br><br>**Apple's Other Products:**<br><br>**Apple Watch Series 6 or later:**<br><br>Apple states, for example, that "Apple Watch — Series 6 or later, excluding Apple Watch SE1 — is capable of measuring oxygen saturation of arterial hemoglobin (SpO2) for fitness and wellness applications. The Apple Watch optical system uses a combination of light emitters and light sensors to take the blood oxygen measurement. A blood oxygen level represents the percentage of arterial hemoglobin in red blood cells that carry the oxygen from the lungs to the rest of the body. Blood oxygen is an established measure of overall wellness. This paper provides a detailed description of the Blood Oxygen feature on Apple Watch, including its testing and accuracy validation."<br><br>Source:<br>https://www.apple.com/healthcare/docs/site/Blood_Oxygen_app_on_Apple_Watch_October_2022.pdf |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
| --- | --- |
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**

"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  |

**U.S. Patent No. 11,564,577 (the "'577 Patent")**
"Wearable device coupled to time-of-flight imaging system"

| '577 Patent Claim | Apple Accused System[1] |
|---|---|
| |  Source: https://support.apple.com/en-us/guide/watch/apd2054d0d5b/watchos |